**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Tango Delta Financial, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | FDBA  American Student Financial Group Inc. |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-0596032** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1378 Harbor Dr.** **Sarasota, FL 34239** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Sarasota** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **https://www.linkedin.com/company/american-student-financial-grou** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Tango Delta Financial, Inc.** Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5222__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor  **Tango Delta Financial, Inc.**                                       Case number (*if known*)  _____
      Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard?  _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other  _____

    **Where is the property?**  _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.  Insurance agency  _____
        Contact name  _____
        Phone  _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Tango Delta Financial, Inc.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 11, 2020**
              MM / DD / YYYY

**X /s/ Timothy R. Duoos**                          **Timothy R. Duoos**
Signature of authorized representative of debtor    Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ Richard J. Cole, III**              Date **May 11, 2020**
Signature of attorney for debtor                 MM / DD / YYYY

**Richard J. Cole, III 0059708**
Printed name

**Cole & Cole Law, P.A.**
Firm name

**46 N. Washington Blvd., Ste. 24**
**Sarasota, FL 34236**
Number, Street, City, State & ZIP Code

Contact phone **(941) 365-4055**   Email address **RJC@COLECOLELAW.COM**

**0059708 FL**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Tango Delta Financial, Inc.**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Arizona College of Nursing**<br>4425 W Olive Ave<br>Ste 300<br>Glendale, AZ 85302 | | | | | | $1,628.41 |
| **Autmotive Training Inst.**<br>705 Digital Dr.<br>Ste V<br>Linthicum Heights, MD 21090 | | | | | | $74.46 |
| **Cottingham Apex Texas Fund L**<br>c/o Registered Agent<br>Stephen Bick<br>2382 Faraday Ave, Ste 250<br>Carlsbad, CA 92008 | | **Co-Defendant** | **Contingent Unliquidated Disputed** | | | $243,889.13 |
| **Cottingham Mgmt Co, LLC**<br>c/o Registered Agent<br>Stephen Bick<br>2888 Loker Ave. E, Ste 117F<br>Carlsbad, CA 92010 | | **Co-Defendant** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **High Desert Med Grp**<br>701 W Ave. K<br>Ste 123<br>Lancaster, CA 93534 | | | | | | $39,691.95 |
| **Hult Int'l Bus. School**<br>1 Education St.<br>Cambridge, MA 02141 | | | | | | $8,613.74 |

| Debtor | **Tango Delta Financial, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JEM Mgmt Group**<br>**PO Box 230814**<br>**Encinitas, CA 92023** | | | | | | $14,102.00 |
| **John Patrick Lowe TTEE**<br>**Bankruptcy Estate of**<br>**Dickinson of San Antonio, In**<br>**2402 E. Main St.**<br>**Uvalde, TX 78801** | | **Bankruptcy Case No. 16-52492-RBK Adv. No. 18-05259-RBK** | **Disputed** | | | $6,521,448.92 |
| **Kevin Jasper**<br>**13506 Kibbings Rd.**<br>**San Diego, CA 92130** | | | | | | $351.96 |
| **Qualcomm Tech. Inc.**<br>**PO Box 919042**<br>**San Diego, CA 91904-2000** | | | | | | $4,138.71 |
| **Royokan College**<br>**11965 Venice Blvd. Ste 304**<br>**Los Angeles, CA 90066** | | | | | | $25,423.46 |
| **Scholar Chip**<br>**6 Commercial St.**<br>**Hicksville, NY 11801** | | | | | | $614.52 |
| **Securities and Exchange Comm**<br>**44 Montgomery St. Ste. 2800**<br>**San Francisco, CA 94104** | | **SEC v. Aequitas Mgmt LLC 16-cv-438-JR** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Sourthern Career Inst.**<br>**1701 Directors Blvd Ste 800**<br>**Austin, TX 78744** | | | | | | $28,048.24 |
| **Spartan College**<br>**14131 Midway Rd. Ste 630**<br>**Addison, TX 75001** | | | | | | $215,483.44 |
| **Sulivan Univ.**<br>**3101 Bardsotwn Rd.**<br>**Louisville, KY 40205** | | | | | | $15,510.28 |
| **University Accounting Servic**<br>**2501 N Sunny Slope Rd**<br>**Ste 110**<br>**Brookfield, WI 53005** | | | | | | $12,908.11 |

# United States Bankruptcy Court
## Middle District of Florida

In re  **Tango Delta Financial, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 11, 2020**

**/s/ Timothy R. Duoos**  
**Timothy R. Duoos**/**President**  
Signer/Title

Tango Delta Financial, Inc.
1378 Harbor Dr.
Sarasota, FL 34239

Florida Dep't of Rev.
505 W. Tenn. St.
Tallahassee, FL 32399

Qualcomm Tech. Inc.
PO Box 919042
San Diego, CA 91904-2000

Richard J. Cole, III
Cole & Cole Law, P.A.
46 N. Washington Blvd., Ste. 24
Sarasota, FL 34236

High Desert Med Grp
701 W Ave. K
Ste 123
Lancaster, CA 93534

Royokan College
11965 Venice Blvd.
Ste 304
Los Angeles, CA 90066

Alan Vanderhoff
Vanderhoff Law Group
600 W Broadway
Ste 1550
San Diego, CA 92101

Hult Int'l Bus. School
1 Education St.
Cambridge, MA 02141

Scholar Chip
6 Commercial St.
Hicksville, NY 11801

Arizona College of Nursing
4425 W Olive Ave
Ste 300
Glendale, AZ 85302

IRS
Centralized Insolvency
Operation
PO Box 7346
Philadelphia, PA 19101

Securities and Exchange Comm
44 Montgomery St.
Ste. 2800
San Francisco, CA 94104

Autmotive Training Inst.
705 Digital Dr.
Ste V
Linthicum Heights, MD 21090

JEM Mgmt Group
PO Box 230814
Encinitas, CA 92023

Sourthern Career Inst.
1701 Directors Blvd
Ste 800
Austin, TX 78744

Cottingham Apex Fund
2888 Loker Ave E
Ste. 210D
Carlsbad, CA 92010

John Patrick Lowe TTEE
Bankruptcy Estate of
Dickinson of San Antonio, In
2402 E. Main St.
Uvalde, TX 78801

Spartan College
14131 Midway Rd.
Ste 630
Addison, TX 75001

Cottingham Apex Texas Fund L
c/o Registered Agent
Stephen Bick
2382 Faraday Ave, Ste 250
Carlsbad, CA 92008

KCC LLC
222 N. Pacific Coast Hwy
Ste 300
El Segundo, CA 90245

State of California
Franchise Tax Board
PO Box 3065
Rancho Cordova, CA 95741-3065

Cottingham Mgmt Co, LLC
c/o Registered Agent
Stephen Bick
2888 Loker Ave. E, Ste 117F
Carlsbad, CA 92010

Kevin Jasper
13506 Kibbings Rd.
San Diego, CA 92130

State of Delaware
Divison of Revenue
820 N French St
Wilmington, DE 19801

Express Aviation Acquisition
Corporation
1378 Harbor Dr.
Sarasota, FL 34239

Pulman Cappuccio & Pullen, L
2161 NW Military Hwy
Ste. 400
San Antonio, TX 78213

State of Delaware
Division of Revenue
540 S DuPont Hwy
Ste 2
Dover, DE 19901

Sulivan Univ.
3101 Bardsotwn Rd.
Louisville, KY 40205


TRD Consulting Servs LLC
1378 Harbor Dr.
Sarasota, FL 34239


University Accounting Servic
2501 N Sunny Slope Rd
Ste 110
Brookfield, WI 53005


William M. Rathbone
Gordon & Rees LLP
 101 W Broadway
Ste 2000
San Diego, CA 92101

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Tango Delta Financial, Inc.**                           Case No.
                         Debtor(s)                                  Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **18,283.00** |
   | Prior to the filing of this statement I have received | $ **18,283.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):   **Timothy R Duoos, President**
                                     **Gautier Fabrication**

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any discharge or dischargeability actions, judicial lien avoidance, relief from stay actions or any other adversary proceeding. Representation of the debtors in Fed. R. Bankr. P. 2004 examinations or depositions, or in preparing documents to utilize in such examinations. Amendments to schedules, statement of affairs and petition. All future fees will be at the undersigned's normal hourly rate prevailing at the time future services are rendered. A credit report fee of $33.00 for individual and $66.00 for joint filers is paid through Cole & Cole Law, P.A. to CIN Systems but is not retained by the law firm as a fee. Filing fee in the amount of $1,717.00 is also paid through Cole & Cole Law, P.A., but not retained by the law firm as a fee.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 11, 2020**                                **/s/ Richard J. Cole, III**
*Date*                                          **Richard J. Cole, III 0059708**
                                                *Signature of Attorney*
                                                **Cole & Cole Law, P.A.**
                                                **46 N. Washington Blvd., Ste. 24**
                                                **Sarasota, FL 34236**
                                                **(941) 365-4055  Fax: (941) 365-4219**
                                                **RJC@COLECOLELAW.COM**
                                                *Name of law firm*

# United States Bankruptcy Court
## Middle District of Florida

In re  **Tango Delta Financial, Inc.**  Case No. _____
Debtor(s)  Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Tango Delta Financial, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Express Aviation Acquisition Corporation**
**1378 Harbor Dr.**
**Sarasota, FL 34239**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May 11, 2020** | **/s/ Richard J. Cole, III** |
| Date | **Richard J. Cole, III 0059708** |
| | Signature of Attorney or Litigant |
| | Counsel for **Tango Delta Financial, Inc.** |
| | **Cole & Cole Law, P.A.** |
| | **46 N. Washington Blvd., Ste. 24** |
| | **Sarasota, FL 34236** |
| | **(941) 365-4055 Fax:(941) 365-4219** |
| | **RJC@COLECOLELAW.COM** |