**Fill in this information to identify the case:**

Debtor name    **Tango Delta Financial, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:20-bk-03672**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  3, 2020**          X **/s/ Timothy R. Duoos**
                                          Signature of individual signing on behalf of debtor

                                          **Timothy R. Duoos**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Tango Delta Financial, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:20-bk-03672**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     **13,752,034.84**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     **13,752,034.84**

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **964,877.21**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **9,564,835.82**

4.  Total liabilities .....................................................................................................................
    Lines 2 + 3a + 3b      $     **10,529,713.03**

**Fill in this information to identify the case:**

Debtor name  **Tango Delta Financial, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **8:20-bk-03672**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **California Bank & Trust** | **Checking** | **4351** | **$636.61** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$636.61**

**Part 2:**  **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | **306,000.00** | - | **0.00** | = .... | **$306,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Tango Delta Financial, Inc.**                              Case number *(If known)*  **8:20-bk-03672**
         Name

| 11a. 90 days old or less: | 1,048,061.00 | - | 0.00 | = .... | $1,048,061.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 12,367.61 | - | 0.00 | = .... | $12,367.61 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 9,475,428.00 | - | 0.00 | =.... | $9,475,428.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 37,845.70 | - | 0.00 | =.... | $37,845.70 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $10,879,702.31 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

Debtor   **Tango Delta Financial, Inc.**                    Case number *(If known)*  **8:20-bk-03672**
_____
Name

☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **asfgrp.com** | **$0.00** | | **$0.00** |
| **https://www.linkedin.com/company/american-student-financial-group-inc-asfg-/** | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** **State of Oklahoma - Lic. of Authority** | **$0.00** | | **$0.00** |
| **State of Texas** **Regulated Lender License 17123-63847** | **$0.00** | | **$0.00** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **f/k/a American Student Financial Group, Inc.** | **$0.00** | | **$0.00** |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                                                   **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| Debtor | **Tango Delta Financial, Inc.** | | Case number *(If known)* | **8:20-bk-03672** |
|---|---|---|---|---|
| | Name | | | |

**Current value of debtor's interest**

| 71. | **Notes receivable** | |
|---|---|---|
| | Description (include name of obligor) | |

| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
|---|---|---|
| | Description (for example, federal, state, local) | |

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Aequitas Managment, LLC** | |
|---|---|
| **3:16-cv-004387-JR** | |
| **Writ of Attachment** | **$2,483,403.38** |
| Nature of claim | |
| Amount requested | **$0.00** |

| **Aequitas Managment, LLC** | |
|---|---|
| **Money Owed** | **Unknown** |
| Nature of claim | |
| Amount requested | **$0.00** |

| **John Patrick Lowe, TTEE** | |
|---|---|
| **Pulman, Cappuccio & Pullen, LLP** | **Unknown** |
| Nature of claim | **Nuisance Litigation, Defamation** |
| Amount requested | **$0.00** |

| **Lawrence Earle** | |
|---|---|
| **Career Point College** | |
| **Edudyne Systems Inc.** | **Unknown** |
| Nature of claim | **Fraud** |
| Amount requested | **$0.00** |

| **Dade Medical** | **Unknown** |
|---|---|
| Nature of claim | |
| Amount requested | **$0.00** |

| **In re Dickinson of San Antonio, Inc.** | |
|---|---|
| **16-52492-rbk** | |
| **Proof of Claim No. 223** | **Unknown** |
| Nature of claim | |
| Amount requested | **$11,748,564.00** |

| **Cindy Shoffstall** | |
|---|---|
| **13522 Pueblo Springs Dr** | |
| **San Antonio, TX 78232** | **Unknown** |
| Nature of claim | **Fraud** |
| Amount requested | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Tango Delta Financial, Inc.**                                Case number *(If known)*  **8:20-bk-03672**
          Name

| **John Patrick Lowe, TTEE**<br>**18-05259-rbk** | | **$388,292.54** |
| Nature of claim | **Garnishment of UAS Accounts** | |
| Amount requested | **$0.00** | |

| **Key2Recovery, Inc.**<br>**Goal Structured Solutions, Inc.** | | **Unknown** |
| Nature of claim | **Loan Servicing for Student Loans** | |
| Amount requested | **$0.00** | |

| **John Patrick Lowe, TTEE v. Tyler Duoos, Christine Duoos, Deborah Duoos, Timothy Duoos, Lynn Duoos, TRD Consulting Services, LLC, and Duoos 2004 Trust Adv. No. 19-05046-rbk, U.S. Bankruptcy Court for the Western District of Texas (San Antonio Division) Derivitive action brought by Chapter 7 Trustee believed to be property of this bankruptcy estate** | | **Unknown** |
| Nature of claim | **Transfers** | |
| Amount requested | **$8,445,121.63** | |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                                   **$2,871,695.92**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **Tango Delta Financial, Inc.**
       Name                                           Case number *(If known)*  **8:20-bk-03672**

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $636.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,879,702.31 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,871,695.92 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,752,034.84 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,752,034.84 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Tango Delta Financial, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **8:20-bk-03672**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1  TRD Consulting Servs LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $964,877.21 | $0.00 |
| **1378 Harbor Dr.**<br>**Sarasota, FL 34239**<br>Creditor's mailing address | | | |
| | Describe the lien<br>**UCC - California, Delaware** | | |
| | **Is the creditor an insider or related party?**<br>☐ No<br>■ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $964,877.21

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Tango Delta Financial, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:20-bk-03672**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Cal. Dep't of Tax and Fee Ad**<br>**Special Op Bankr Team**<br>**MIC 74**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Florida Dep't of Rev.**<br>**505 W. Tenn. St.**<br>**Tallahassee, FL 32399** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Tango Delta Financial, Inc.** | Case number (if known) | **8:20-bk-03672** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Illinois Dept of Rev.**<br>**9511 Harrison St.**<br>**Des Plaines, IL 60016** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**IRS**<br>**Centralized Insolvency**<br>**Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Oklahoma Tax Commission**<br>**Office of the General Counse**<br>**Bankrutpcy Section**<br>**120 N Robinson, Ste 2000W**<br>**Oklahoma City, OK 73102** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**South Carolina DOR**<br>**300A Outlet Pointe Blvd**<br>**Columbia, SC 29210** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Tango Delta Financial, Inc.** | Case number (if known) | **8:20-bk-03672** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **State of California**<br>**Franchise Tax Board**<br>**PO Box 3065**<br>**Rancho Cordova, CA 95741-3065** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **State of Delaware**<br>**Divison of Revenue**<br>**820 N French St**<br>**Wilmington, DE 19801** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Texas Comptroller of Public**<br>**Accounts**<br>**PO Box 13528**<br>**Austin, TX 78711** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Alan Vanderhoff**<br>**Vanderhoff Law Group**<br>**600 W Broadway**<br>**Ste 1550**<br>**San Diego, CA 92101** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Attorneys' Fees** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | **Tango Delta Financial, Inc.** | Case number (if known) | **8:20-bk-03672** |
|---|---|---|---|
| | Name | | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,628.41 |
|---|---|---|---|

**Arizona College of Nursing**
**4425 W Olive Ave**
**Ste 300**
**Glendale, AZ 85302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $74.46 |
|---|---|---|---|

**Autmotive Training Inst.**
**705 Digital Dr.**
**Ste V**
**Linthicum Heights, MD 21090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**California Bank & Trust**
**1 S Main St**
**Salt Lake City, UT 84133**

☐■ Contingent
☐■ Unliquidated
☐■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christine Duoos**
**1378 Harbor Dr**
**Sarasota, FL 34239**

☐■ Contingent
☐■ Unliquidated
☐■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $243,889.13 |
|---|---|---|---|

**Cottingham Apex Texas Fund L**
**c/o Registered Agent**
**Stephen Bick**
**2382 Faraday Ave, Ste 250**
**Carlsbad, CA 92008**

☐■ Contingent
☐■ Unliquidated
☐■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Co-Defendant_

Is the claim subject to offset? ☐■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cottingham Mgmt Co, LLC**
**c/o Registered Agent**
**Stephen Bick**
**2888 Loker Ave. E, Ste 117F**
**Carlsbad, CA 92010**

☐■ Contingent
☐■ Unliquidated
☐■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Co-Defendant_

Is the claim subject to offset? ☐■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $738.50 |
|---|---|---|---|

**CSC**
**251 Little Falls Dr.**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Tango Delta Financial, Inc.** | Case number (if known) | **8:20-bk-03672** |
|---|---|---|---|
| | Name | | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Deborah Duoos**
**1378 Harbor Dr**
**Sarasota, FL 34239**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Delta Career Ed. Corp. Inc**
**4525 Columbus St.**
**Ste 101**
**Virginia Beach, VA 23462**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ECMC**
**Attn Bankr. Dept**
**PO Box 16408**
**Saint Paul, MN 55116**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Department of Education**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Education Mgmt Corp**
**550 E Washington St.**
**Indianapolis, IN 46204**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Employment Servs Inc.**
**4455 S Blvd.**
**Ste 330**
**Virginia Beach, VA 23458**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Goal Structured Solutions**
**402 W. Broadway**
**20th Floor**
**San Diego, CA 92101**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Loan Servicer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$262,235.21** |
|---|---|---|---|

**Gordon & Rees**
**1111 Broadway**
**Ste 1700**
**Spring Hill, FL 34607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Attorneys' Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tango Delta Financial, Inc.** | | Case number (if known) | **8:20-bk-03672** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,668.64** |
|---|---|---|---|
| | **High Desert Med Grp**<br>**701 W Ave. K**<br>**Ste 123**<br>**Lancaster, CA 93534** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,613.74** |
|---|---|---|---|
| | **Hult Int'l Bus. School**<br>**1 Education St.**<br>**Cambridge, MA 02141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **IEC Corp**<br>**16485 Laguna Canyon Rd**<br>**Ste 300**<br>**Irvine, CA 92618** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,102.00** |
|---|---|---|---|
| | **JEM Mgmt Group**<br>**PO Box 230814**<br>**Encinitas, CA 92023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,691,087.01** |
|---|---|---|---|
| | **John Patrick Lowe TTEE**<br>**Bankruptcy Estate of**<br>**Dickinson of San Antonio, In**<br>**2402 E. Main St.**<br>**Uvalde, TX 78801** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Bankruptcy Case No. 16-52492-RBK**<br>**Adv. No. 18-05259-RBK** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$351.96** |
|---|---|---|---|
| | **Kevin Jasper**<br>**13506 Kibbings Rd.**<br>**San Diego, CA 92130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Key2Recovery**<br>**201 N Brookwood Ave**<br>**Hamilton, OH 45013** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Loan Servicer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Tango Delta Financial, Inc.** | Case number *(if known)* | **8:20-bk-03672** |
|---|---|---|---|
| | Name | | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Lynn Duoos**<br>**1378 Harbor Dr**<br>**Sarasota, FL 34239** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,138.71** |
|---|---|---|---|
| | **Qualcomm Tech. Inc.**<br>**PO Box 919042**<br>**San Diego, CA 91904-2000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,423.46** |
|---|---|---|---|
| | **Ryokan College**<br>**11965 Venice Blvd.**<br>**Ste 304**<br>**Los Angeles, CA 90066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$614.52** |
|---|---|---|---|
| | **Scholar Chip**<br>**6 Commercial St.**<br>**Hicksville, NY 11801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Securities and Exchange Comm**<br>**44 Montgomery St.**<br>**Ste. 2800**<br>**San Francisco, CA 94104** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **SEC v. Aequitas Mgmt LLC 16-cv-438-JR**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,368.24** |
|---|---|---|---|
| | **Sourthern Career Inst.**<br>**1701 Directors Blvd**<br>**Ste 800**<br>**Austin, TX 78744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215,483.44** |
|---|---|---|---|
| | **Spartan College**<br>**14131 Midway Rd.**<br>**Ste 630**<br>**Addison, TX 75001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Tango Delta Financial, Inc.**                                   Case number (if known)   **8:20-bk-03672**

    Name

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **$15,510.28** |
| | **Sulivan Univ.** | ☐ Contingent |
| | **3101 Bardsotwn Rd.** | ☐ Unliquidated |
| | **Louisville, KY 40205** | ☐ Disputed |
| | Date(s) debt was incurred  _ | Basis for the claim:  _ |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No  ☐ Yes |

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **Unknown** |
| | **The Sullivan Univ System Inc** | ■ Contingent |
| | **3101 Bardstown Rd.** | ■ Unliquidated |
| | **Louisville, KY 40205** | ■ Disputed |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only** |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No  ☐ Yes |

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **Unknown** |
| | **Tyler Duoos** | ■ Contingent |
| | **1378 Harbor Dr.** | ■ Unliquidated |
| | **Sarasota, FL 34239** | ■ Disputed |
| | Date(s) debt was incurred  _ | Basis for the claim:  _ |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No  ☐ Yes |

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **Unknown** |
| | **U.S. Attorney's Office** | ■ Contingent |
| | **Attn: Civil Process Clerk** | ■ Unliquidated |
| | **400 N. Tampa St.** | ■ Disputed |
| | **Ste. 3200** | |
| | **Tampa, FL 33602** | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only** |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **$12,908.11** |
| | **University Accounting Servic** | ☐ Contingent |
| | **2501 N Sunny Slope Rd** | ☐ Unliquidated |
| | **Ste 110** | ☐ Disputed |
| | **Brookfield, WI 53005** | |
| | Date(s) debt was incurred  _ | Basis for the claim:  _ |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **Unknown** |
| | **William M. Rathbone** | |
| | **Gordon & Rees LLP** | ☐ Contingent |
| | **101 W Broadway** | ☐ Unliquidated |
| | **Ste 2000** | ☐ Disputed |
| | **San Diego, CA 92101** | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Attorney** |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | **Tango Delta Financial, Inc.** | Case number (if known) | **8:20-bk-03672** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cal Dept of Tax and Fee Admi**<br>**Account Info Grp**<br>**MIC 29**<br>**PO Box 94879**<br>**Sacramento, CA 94279** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Christopher E Hawk**<br>**Gordon & Rees, LLP**<br>**1300 SW 5th Ave**<br>**Ste 2000**<br>**Portland, OR 97201** | Line **3.35**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Cottingham Apex Fund**<br>**2888 Loker Ave E**<br>**Ste. 210D**<br>**Carlsbad, CA 92010** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Education Dep't**<br>**Office of General Counsel**<br>**400 Maryland Ave SW**<br>**Room 6E353**<br>**Washington, DC 20202** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Florida Dep't of Revenue**<br>**Bankr. Unit**<br>**PO Box 6668**<br>**Tallahassee, FL 32314** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **KCC LLC**<br>**222 N. Pacific Coast Hwy**<br>**Ste 300**<br>**El Segundo, CA 90245** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Pulman Cappuccio & Pullen, L**<br>**2161 NW Military Hwy**<br>**Ste. 400**<br>**San Antonio, TX 78213** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **State of California**<br>**Franchise Tax Board**<br>**MS A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **State of California**<br>**Franchise Tax Board**<br>**Chief Counsel, MS A260**<br>**PO Box 1720**<br>**Rancho Cordova, CA 95741** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **State of Delaware**<br>**Division of Revenue**<br>**540 S DuPont Hwy**<br>**Ste 2**<br>**Dover, DE 19901** | Line **2.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Texas Comptroller of Public**<br>**Accounts**<br>**111 E 17th St**<br>**Austin, TX 78774** | Line **2.9**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Tango Delta Financial, Inc.** | Case number (if known) | **8:20-bk-03672** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.12 | **US Dep't of Education<br>Litigation Support<br>50 Beale St<br>Ste. 8629<br>San Francisco, CA 94105** | Line __3.11__<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **US Sec. & Exch. Comm.<br>Office of Reorganization<br>950 E Paces Ferry Rd NE<br>Ste. 900<br>Atlanta, GA 30326** | Line __3.27__<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **William M. Rathbone<br>Gordon & Rees LLP<br>101 W Broadway<br>Ste 2000<br>San Diego, CA 92101** | Line __3.27__<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 9,564,835.82 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 9,564,835.82 |

**Fill in this information to identify the case:**

Debtor name  **Tango Delta Financial, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **8:20-bk-03672**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest   **Student Loan Servicing** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Goal Structured Solutions** <br> **402 W. Broadway** <br> **20th Floor** <br> **San Diego, CA 92101** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest   **Student Loan Servicing** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Key2Recovery** <br> **201 N Brookwood Ave** <br> **Hamilton, OH 45013** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest   **Student Loan Servicing** <br><br> State the term remaining <br><br> List the contract number of any government contract | **University Accounting Servic** <br> **2501 N Sunny Slope Rd** <br> **Ste 110** <br> **Brookfield, WI 53005** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Tango Delta Financial, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:20-bk-03672**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Christine Duoos** | **1378 Harbor Dr**<br>**Sarasota, FL 34239** | **John Patrick Lowe TTEE** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.2 | **Cottingham Apex Texas Fund L** | **c/o Registered Agent**<br>**Stephen Bick**<br>**2382 Faraday Ave, Ste 250**<br>**Carlsbad, CA 92008** | **John Patrick Lowe TTEE** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.3 | **Cottingham Mgmt Co, LLC** | **c/o Registered Agent**<br>**Stephen Bick**<br>**2888 Loker Ave. E, Ste 117F**<br>**Carlsbad, CA 92010** | **John Patrick Lowe TTEE** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.4 | **Deborah Duoos** | **1378 Harbor Dr**<br>**Sarasota, FL 34239** | **John Patrick Lowe TTEE** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |

Debtor    **Tango Delta Financial, Inc.**                                  Case number *(if known)*    **8:20-bk-03672**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **Lynn Duoos**<br>1378 Harbor Dr<br>Sarasota, FL 34239 | **John Patrick Lowe**<br>**TTEE** | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.6 | **Timothy R.**<br>**Duoos**<br>1378 Harbor Dr.<br>Sarasota, FL 34239 | **John Patrick Lowe**<br>**TTEE** | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.7 | **TRD Consulting**<br>**Servs LLC**<br>1378 Harbor Dr.<br>Sarasota, FL 34239 | **John Patrick Lowe**<br>**TTEE** | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.8 | **Tyler Duoos**<br>1378 Harbor Dr.<br>Sarasota, FL 34239 | **John Patrick Lowe**<br>**TTEE** | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**Tango Delta Financial, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) __**8:20-bk-03672**__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $95,734.79 |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $1,065,719.43 |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $824,183.87 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Tango Delta Financial, Inc.**                                   Case number *(if known)*  **8:20-bk-03672**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **TRD Consulting Servs LLC**<br>**1378 Harbor Dr.**<br>**Sarasota, FL 34239** | **4/28/2020 -**<br>**$6,220.23**<br>**5/08/2020 -**<br>**$1,591.20**<br>**5/08/2020 -**<br>**$3,100.00** | **$10,911.43** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Alan Vanderhoff**<br>**Vanderhoff Law Group**<br>**600 W Broadway**<br>**Ste 1550**<br>**San Diego, CA 92101** | **03/12/2020 -**<br>**$50,000.00**<br>**05/08/2020 -**<br>**$1,946.99** | **$51,946.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Legal Fees** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:**  **Legal Actions or Assignments** |
|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Securities and Exchange Commission v. Aequitas Mgmt LLC, et al**<br>**3:16-cv-004387-JR** | **Securities Fraud Debtor is Intervenor** | **United States District Court District of Oregon (Portland (3))** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Tango Delta Financial, Inc.**                                   Case number *(if known)*   **8:20-bk-03672**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2.  **In Re: Dickinson of San Antonio, Inc.**<br>**16-52492-rbk** | **Bankrutpcy** | **U.S. Bankruptcy Court Western District of Texas (San Antonio)** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **John Patrick Lowe TTEE v. American Student Financial Group, Inc.; Cottingham Apex Texas Fund, LLC; Cottingham Mgmt Co, LLC; Tango Delta Financial, Inc.**<br>**18-05259-rbk** | **Civil Adversary Proceeding Main Bankr. Case No.: 16-52492-rbk** | **U.S. Bankruptcy Court Western District of Texas (San Antonio)** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  **Tango Delta Financial, Inc. v. Lowe**<br>**5:19-cv-01237-XR** | **Appeal** | **United States District Court Western District of Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5.  **Tango Delta Financial, Inc. v. Lowe**<br>**5:19-cv-01238-XR** | **Appeal** | **United States District Court Western District of Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6.  **Tango Delta Financial, Inc., et al. v. Lowe**<br>**5:19-cv-01011-XR** | **Appeal** | **United States District Court Western District of Texas** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7.  **Tango Delta Financial, Inc., et al. v. Lowe**<br>**5:20-cv-00580-XR** | **Appeal** | **United States District Court Western District of Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Debtor | **Tango Delta Financial, Inc.** | Case number *(if known)* | **8:20-bk-03672** |
|---|---|---|---|

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cole & Cole Law, P.A. 46 N. Washington Blvd., Ste. 24 Sarasota, FL 34236** | **Attorney Fees: $18,283.00 Filing Fee: $1,717.00** | **5/11/2020 $15,000.00; 5/11/2020 $5,000.00** | **$20,000.00** |
| | **Email or website address RJC@COLECOLELAW.COM** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **John Patrick Lowe TTEE Bankruptcy Estate of Dickinson of San Antonio, In 2402 E. Main St. Uvalde, TX 78801** | **Garnishment of funds held by University Accounting Service, LLC** | **04/27/2020** | **$388,292.54** |
| | **Relationship to debtor** | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

---

Debtor    **Tango Delta Financial, Inc.**                                    Case number *(if known)*  **8:20-bk-03672**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Social Security Numbers; Dates of Birth; Personal Addresses; Other Personal Information of Various Borrowers**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Tango Delta Financial, Inc. | Case number *(if known)* | 8:20-bk-03672 |
|---|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■   No.
☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Tango Delta Financial, Inc. | | Case number *(if known)* | 8:20-bk-03672 |
|---|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **JEM Mgmt Group**<br>PO Box 230814<br>Encinitas, CA 92023 | **2/2017 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **JEM Mgmt Group**<br>PO Box 230814<br>Encinitas, CA 92023 | **2/2017 - Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Timothy R. Duoos**<br>1378 Harbor Dr.<br>Sarasota, FL 34239 | |
| 26c.2. | **JEM Mgmt Group**<br>PO Box 230814<br>Encinitas, CA 92023 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Timothy R. Duoos | 1378 Harbor Dr.<br>Sarasota, FL 34239 | President | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Express Aviation Acquisition | Corporation<br>1378 Harbor Dr.<br>Sarasota, FL 34239 | Shareholder | 100 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Tango Delta Financial, Inc.** _____    Case number *(if known)* **8:20-bk-03672**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  3, 2020** _____

**/s/ Timothy R. Duoos** _____          **Timothy R. Duoos** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    **Tango Delta Financial, Inc.**          Case No.    **8:20-bk-03672**
                           Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Express Aviation Acquisition Corporation**<br>**1378 Harbor Dr.**<br>**Sarasota, FL 34239** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June  3, 2020**              Signature    **/s/ Timothy R. Duoos**
                                                  **Timothy R. Duoos**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re  **Tango Delta Financial, Inc.**                                                     Case No.  **8:20-bk-03672**

Debtor(s)                                     Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June  3, 2020**                                    **/s/ Timothy R. Duoos**

**Timothy R. Duoos**/**President**
Signer/Title

Tango Delta Financial, Inc.
1378 Harbor Dr.
Sarasota, FL 34239

Richard J. Cole, III
Cole & Cole Law, P.A.
46 N. Washington Blvd., Ste. 24
Sarasota, FL 34236

Alan Vanderhoff
Vanderhoff Law Group
600 W Broadway
Ste 1550
San Diego, CA 92101

Arizona College of Nursing
4425 W Olive Ave
Ste 300
Glendale, AZ 85302

Autmotive Training Inst.
705 Digital Dr.
Ste V
Linthicum Heights, MD 21090

Cal Dept of Tax and Fee Admi
Account Info Grp
MIC 29
PO Box 94879
Sacramento, CA 94279

Cal. Dep't of Tax and Fee Ad
Special Op Bankr Team
MIC 74
PO Box 942879
Sacramento, CA 94279

California Bank & Trust
1 S Main St
Salt Lake City, UT 84133

Christine Duoos
1378 Harbor Dr
Sarasota, FL 34239

Christopher E Hawk
Gordon & Rees, LLP
1300 SW 5th Ave
Ste 2000
Portland, OR 97201

Cottingham Apex Fund
2888 Loker Ave E
Ste. 210D
Carlsbad, CA 92010

Cottingham Apex Texas Fund L
c/o Registered Agent
Stephen Bick
2382 Faraday Ave, Ste 250
Carlsbad, CA 92008

Cottingham Mgmt Co, LLC
c/o Registered Agent
Stephen Bick
2888 Loker Ave. E, Ste 117F
Carlsbad, CA 92010

CSC
251 Little Falls Dr.
Wilmington, DE 19808

Deborah Duoos
1378 Harbor Dr
Sarasota, FL 34239

Delta Career Ed. Corp. Inc
4525 Columbus St.
Ste 101
Virginia Beach, VA 23462

ECMC
Attn Bankr. Dept
PO Box 16408
Saint Paul, MN 55116

Education Dep't
Office of General Counsel
400 Maryland Ave SW
Room 6E353
Washington, DC 20202

Education Mgmt Corp
550 E Washington St.
Indianapolis, IN 46204

Employment Servs Inc.
4455 S Blvd.
Ste 330
Virginia Beach, VA 23458

Express Aviation Acquisition
Corporation
1378 Harbor Dr.
Sarasota, FL 34239

Florida Dep't of Rev.
505 W. Tenn. St.
Tallahassee, FL 32399

Florida Dep't of Revenue
Bankr. Unit
PO Box 6668
Tallahassee, FL 32314

Goal Structured Solutions
402 W. Broadway
20th Floor
San Diego, CA 92101

Gordon & Rees
1111 Broadway
Ste 1700
Spring Hill, FL 34607

High Desert Med Grp
701 W Ave. K
Ste 123
Lancaster, CA 93534

Hult Int'l Bus. School
1 Education St.
Cambridge, MA 02141

IEC Corp
16485 Laguna Canyon Rd
Ste 300
Irvine, CA 92618

Illinois Dept of Rev.
9511 Harrison St.
Des Plaines, IL 60016

IRS
Centralized Insolvency
Operation
PO Box 7346
Philadelphia, PA 19101

JEM Mgmt Group
PO Box 230814
Encinitas, CA 92023

John Patrick Lowe TTEE
Bankruptcy Estate of
Dickinson of San Antonio, In
2402 E. Main St.
Uvalde, TX 78801

KCC LLC
222 N. Pacific Coast Hwy
Ste 300
El Segundo, CA 90245

Kevin Jasper
13506 Kibbings Rd.
San Diego, CA 92130

Key2Recovery
201 N Brookwood Ave
Hamilton, OH 45013

Lynn Duoos
1378 Harbor Dr
Sarasota, FL 34239

Oklahoma Tax Commission
Office of the General Counse
Bankrutpcy Section
120 N Robinson, Ste 2000W
Oklahoma City, OK 73102

Pulman Cappuccio & Pullen, L
2161 NW Military Hwy
Ste. 400
San Antonio, TX 78213

Qualcomm Tech. Inc.
PO Box 919042
San Diego, CA 91904-2000

Ryokan College
11965 Venice Blvd.
Ste 304
Los Angeles, CA 90066

Scholar Chip
6 Commercial St.
Hicksville, NY 11801

Securities and Exchange Comm
44 Montgomery St.
Ste. 2800
San Francisco, CA 94104

Sourthern Career Inst.
1701 Directors Blvd
Ste 800
Austin, TX 78744

South Carolina DOR
300A Outlet Pointe Blvd
Columbia, SC 29210

Spartan College
14131 Midway Rd.
Ste 630
Addison, TX 75001

State of California
Franchise Tax Board
PO Box 3065
Rancho Cordova, CA 95741-3065

State of California
Franchise Tax Board
MS A-340
PO Box 2952
Sacramento, CA 95812

State of California
Franchise Tax Board
Chief Counsel, MS A260
PO Box 1720
Rancho Cordova, CA 95741

State of Delaware
Divison of Revenue
820 N French St
Wilmington, DE 19801

State of Delaware
Division of Revenue
540 S DuPont Hwy
Ste 2
Dover, DE 19901

Sulivan Univ.
3101 Bardsotwn Rd.
Louisville, KY 40205

Texas Comptroller of Public
Accounts
PO Box 13528
Austin, TX 78711

Texas Comptroller of Public
Accounts
111 E 17th St
Austin, TX 78774

The Sullivan Univ System Inc
3101 Bardstown Rd.
Louisville, KY 40205

Timothy R. Duoos
1378 Harbor Dr.
Sarasota, FL 34239


TRD Consulting Servs LLC
1378 Harbor Dr.
Sarasota, FL 34239


Tyler Duoos
1378 Harbor Dr.
Sarasota, FL 34239


U.S. Attorney's Office
Attn: Civil Process Clerk
400 N. Tampa St.
Ste. 3200
Tampa, FL 33602

University Accounting Servic
2501 N Sunny Slope Rd
Ste 110
Brookfield, WI 53005


US Dep't of Education
Litigation Support
50 Beale St
Ste. 8629
San Francisco, CA 94105

US Sec. & Exch. Comm.
Office of Reorganization
950 E Paces Ferry Rd NE
Ste. 900
Atlanta, GA 30326

William M. Rathbone
Gordon & Rees LLP
101 W Broadway
Ste 2000
San Diego, CA 92101

William M. Rathbone
Gordon & Rees LLP
 101 W Broadway
Ste 2000
San Diego, CA 92101