UNITED STATES BANKRUPTCY COURT
MIDDLE  DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | <u>8:20-BK-03672</u> |
| <u>TANGO DELTA FINANCIAL, INC.</u> | } | |
| | } | JUDGE MCEWEN |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM <u>AUGUST 1, 2020</u> TO <u>AUGUST 31, 2020</u>

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

<u>        /s/ Kathleen L. DiSanto, Esq.        </u>
Attorney for Chapter 11 Trustee's Signature

Chapter 11 Trustee's Address
and Phone Number:

Chapter 11 Trustee's Attorney's Address
and Phone Number:

| | |
|---|---|
| Bush Ross, P.A.<br>1801 N. Highland Ave., Tampa, FL 33602<br>Tel. (813) 224-9255 | Kathleen L. DiSanto, Esq.<br>Bush Ross, P.A.<br>1801 N. Highland Ave., Tampa, FL 33602<br>Bar No. 058512<br>Tel. (813) 224-9255 |

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)    Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
**FOR THE PERIOD BEGINNING**  <u>August 1, 2020</u>  **AND ENDING** <u>August 31, 2020</u>

Name of Debtor:  <u>Tango Delta Financial, Inc.</u>                    Case Number <u>8:20-bk-03672-CPM</u>
Date of Petition:  <u>May 11, 2020</u>

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 7,323.81 (a) | 636.61 (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | 0.00 | 0.00 |
| Minus:  Cash Refunds | (-) 0.00 | 0.00 |
| Net Cash Sales | 0.00 | 0.00 |
| B.  Accounts Receivable | 1,841.82 | 10,993.42 |
| C.  Other Receipts *(See MOR-3)* | 0.00 | 4.11 |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | 1,841.82 | 10,997.53 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | 9,165.63 | 11,634.14 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | 0.00 | 0.00 |
| B. Bank Charges | 0.00 | 13.00 |
| C. Contract Labor | 0.00 | 0.00 |
| D. Fixed Asset Payments (not incl. in "N") | 0.00 | 0.00 |
| E. Insurance | 0.00 | 2,334.32 |
| F.  Inventory Payments  *(See Attach. 2)* | 0.00 | 0.00 |
| G. Leases | 0.00 | 0.00 |
| H. Manufacturing Supplies | 0.00 | 0.00 |
| I.  Office Supplies | 0.00 | 21.19 |
| J.  Payroll - Net *(See Attachment 4B)* | 0.00 | 0.00 |
| K. Professional Fees (Accounting & Legal) | 0.00 | 0.00 |
| L.  Rent | 0.00 | 0.00 |
| M.  Repairs & Maintenance | 0.00 | 0.00 |
| N.  Secured Creditor Payments *(See Attach. 2)* | 0.00 | 0.00 |
| O.  Taxes Paid - Payroll *(See Attachment 4C)* | 0.00 | 0.00 |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | 0.00 | 0.00 |
| Q. Taxes Paid - Other *(See Attachment 4C)* | 0.00 | 0.00 |
| R. Telephone | 0.00 | 0.00 |
| S.  Travel & Entertainment | 0.00 | 0.00 |
| Y.  U.S. Trustee Quarterly Fees | 0.00 | 0.00 |
| U. Utilities | 0.00 | 0.00 |
| V. Vehicle Expenses | 0.00 | 0.00 |
| W.  Other Operating Expenses *(See MOR-3)* | 0.00 | 100.00 |
| **6. TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | 0.00 | 2,468.51 |
| **7. ENDING BALANCE** *(Line 4 Minus Line 6)* | 9,165.63 (c) | 9,165.63 (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This  <u>21st</u>  day of <u>September</u>, 20<u>20</u>.                    <u>Jeffrey W. Warren</u>
                                                                                      (Signature)

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.
(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

## NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.[1]

---

[1]  This report will be supplemented with an Income (Profit & Loss) Statement when available.  The financial reporting attached to this monthly operating report are based upon the best available information to the Chapter 11 Trustee and his professionals and are subject to further revision and modification as additional information becomes available to the Chapter 11 Trustee.

**Tango Delta Financial, Inc.**
**General Ledger**
As of August 31, 2020

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Wauchula State Bank** | | | | | | | | | 7,323.81 |
| General Journal | 08/04/2020 | OC-JE... | | Key 2 Recovery | July 2020 Coll... | -SPLIT- | 597.38 | | 7,921.19 |
| General Journal | 08/18/2020 | OC-JE... | | Goal Structured Solu... | July 2020 Coll... | -SPLIT- | 1,244.44 | | 9,165.63 |
| Total Wauchula State Bank | | | | | | | 1,841.82 | 0.00 | 9,165.63 |
| **TOTAL** | | | | | | | 1,841.82 | 0.00 | 9,165.63 |

2:58 PM
09/11/20
Accrual Basis

# Tango Delta Financial, Inc.
## Balance Sheet
### As of August 31, 2020

|  |  |  | Aug 31, 20 |
|---|---|---|---|
| **ASSETS** |  |  |  |
| **Current Assets** |  |  |  |
| **Checking/Savings** |  |  |  |
| Wauchula State Bank |  |  | 9,165.63 |
| **Total Checking/Savings** |  |  | 9,165.63 |
|  |  |  |  |
| **Accounts Receivable** |  |  |  |
| *Accounts Receivable |  |  | 609,392.85 |
| **Total Accounts Receivable** |  |  | 609,392.85 |
|  |  |  |  |
| **Other Current Assets** |  |  |  |
| Suspence |  |  | 5,356.16 |
| **Purchased Notes Receivable** |  |  |  |
| **Title IV Schools** |  |  |  |
| **1204 - BOLM Total Solution Loan** |  |  |  |
| Total Solution Loan Purchases | 651,286.69 |  |  |
| 1204 - BOLM Total Solution Loan - Other | -31,272.00 |  |  |
| **Total 1204 - BOLM Total Solution Loan** |  | 620,014.69 |  |
|  |  |  |  |
| **1230 - ASFG Direct Lending** |  |  |  |
| Rapid Results | 47,820.73 |  |  |
| **Total 1230 - ASFG Direct Lending** |  | 47,820.73 |  |
|  |  |  |  |
| **849-High Desert Medical College** |  |  |  |
| High Desert Purchases_Fund_01 | 31,023.90 |  |  |
| 849-High Desert Medical College - Other | -2,206.14 |  |  |
| **Total 849-High Desert Medical College** |  | 28,817.76 |  |
|  |  |  |  |
| **865-Hult International Bus Sch** |  |  |  |
| Hult Intl Business School | 15,885.32 |  |  |
| 865-Hult International Bus Sch - Other | -889.74 |  |  |
| **Total 865-Hult International Bus Sch** |  | 14,995.58 |  |
|  |  |  |  |
| **841-The Sullivan University Sys** |  |  |  |
| Sullivan/Spencerian University | 34,026.64 |  |  |
| 841-The Sullivan University Sys - Other | -1,157.40 |  |  |
| **Total 841-The Sullivan University Sys** |  | 32,869.24 |  |
| **Total Title IV Schools** |  | 744,518.00 |  |
|  |  |  |  |
| **Non Title IV Schools** |  |  |  |
| **Career Point College** |  |  |  |
| **1230- RR Career Point College** | 668,534.83 |  |  |
| 1333-CPC RIC Program | 10,619.33 |  |  |
| **Total Career Point College** |  | 679,154.16 |  |
|  |  |  |  |
| **851- Ryokan College** |  |  |  |
| Ryokan College | 26,943.44 |  |  |
| 851- Ryokan College - Other | -1,466.78 |  |  |
| **Total 851- Ryokan College** |  | 25,476.66 |  |
| **Total Non Title IV Schools** |  | 704,630.82 |  |
| **Total Purchased Notes Receivable** |  |  | 1,449,148.82 |

<table>
<tr><td>2:58 PM</td><td rowspan="3" align="center">**Tango Delta Financial, Inc.**<br>**Balance Sheet**<br>As of August 31, 2020</td></tr>
<tr><td>09/11/20</td></tr>
<tr><td>Accrual Basis</td></tr>
</table>

|  | Aug 31, 20 |
|---|---|
| **Holdbacks** | |
|    **Title IV Schools** | |
|       Empowered Careers/UCLA | -2,256.40 |
|       SCI - Program Deposit (BLM) | -3,170.54 |
|       SCI - RR Program Deposit | -22,172.58 |
|       849-High Desert Medical College | -15,573.70 |
|       865-Hult Intl Bus School | -6,558.18 |
|       841-Sullivan/Spencerian Uni | -13,395.67 |
|    **Total Title IV Schools** | -63,127.07 |
|    **Non Title IV** | |
|       851-Ryokan College | -9,887.59 |
|    **Total Non Title IV** | -9,887.59 |
|    **Total Holdbacks** | -73,014.66 |
|    **Unearned Income** | |
|       Empowered Careers Financing Fee | -4,491.81 |
|       Supplemental Fees | -7,221.96 |
|    **Total Unearned Income** | -11,713.77 |
|   **Total Other Current Assets** | 1,369,776.55 |
| **Total Current Assets** | 1,988,335.03 |
| **Other Assets** | |
|    Goal Solutions | 8,740,424.50 |
|    Key2Recovery | 471,544.52 |
|    Allowance for Doubtful Accounts | -5,530,860.67 |
| **Total Other Assets** | 3,681,108.35 |
| **TOTAL ASSETS** | **5,669,443.38** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|    **Current Liabilities** | |
|      **Accounts Payable** | |
|        Accounts Payable | 84,513.73 |
|      **Total Accounts Payable** | 84,513.73 |
|      **Other Current Liabilities** | |
|        Pending Loan Reimbursements | 40,483.86 |
|      **Total Other Current Liabilities** | 40,483.86 |
|    **Total Current Liabilities** | 124,997.59 |
|    **Long Term Liabilities** | |
|      **Secured Debt** | |
|        TRD Consulting Services LOC | 964,877.21 |
|      **Total Secured Debt** | 964,877.21 |
|      **Unsecured Debt** | |
|        Cottingham Apex Texas Fund | 7,847,947.04 |
|        Spartan Education, LLC | 215,483.44 |
|        Cottingham Apex Fund, LLC | 243,889.13 |
|      **Total Unsecured Debt** | 8,307,319.61 |
|    **Total Long Term Liabilities** | 9,272,196.82 |
|   **Total Liabilities** | 9,397,194.41 |

2:58 PM
09/11/20
Accrual Basis

# Tango Delta Financial, Inc.
## Balance Sheet
### As of August 31, 2020

|  | Aug 31, 20 |
|---|---:|
| **Equity** | |
| Paid in Capital | 6,589,164.41 |
| Shareholder Distribution | -5,079.87 |
| Retained Earnings | -6,213,949.55 |
| Net Income | -4,097,886.02 |
| **Total Equity** | -3,727,751.03 |
| **TOTAL LIABILITIES & EQUITY** | 5,669,443.38 |

## ATTACHMENT 1
## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor:  Tango Delta Financial, Inc.        Case Number:   8:20-bk-03672-CPM

Reporting Period beginning   August 1, 2020        Period ending   August 31, 2020

ACCOUNTS RECEIVABLE AT PETITION DATE:   10,879,702.31

### ACCOUNTS RECEIVABLE RECONCILIATION
(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

|  |  |  |
|---|---|---|
| Beginning of Month Balance | $   10,724,082.01 | (a) |
| PLUS: Current Month New Billing | | |
| MINUS: Collection During the Month | $ | (b)[2] |
| PLUS/MINUS: Adjustments or Writeoffs | $   0.00 | * |
| End of Month Balance | $ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)[3]

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $ | $ | $ | $ | $          (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of  collectibility, write-off, disputed account, etc.) |
|---|---|---|
| | | |
| | | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

---

[2] The financial reporting attached to this monthly operating report are based upon the best available information to the Chapter 11 Trustee and his professionals and are subject to further revision and modification as additional information becomes available to the Chapter 11 Trustee.
[3] See attached A/R Aging Report.

3:23 PM

09/11/20

# Tango Delta Financial, Inc.
## A/R Aging Summary
### As of August 31, 2020

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 841 - Sullivan | 0.00 | 0.00 | 0.00 | 162.96 | 0.00 | 162.96 |
| **851 -Ryokan College** | | | | | | |
| 851 - Ryokan College | 0.00 | 0.00 | 0.00 | 282.63 | 1,176.83 | 1,459.46 |
| Total 851 -Ryokan College | 0.00 | 0.00 | 0.00 | 282.63 | 1,176.83 | 1,459.46 |
| **862 - Delta (DES)** | | | | | | |
| 862 - Delta | 0.00 | 0.00 | 0.00 | 0.00 | 3,446.40 | 3,446.40 |
| Total 862 - Delta (DES) | 0.00 | 0.00 | 0.00 | 0.00 | 3,446.40 | 3,446.40 |
| **865 - Hult Intenational Bus School** | | | | | | |
| 865 - Hult | 0.00 | 0.00 | 0.00 | 68.12 | 0.00 | 68.12 |
| Total 865 - Hult Intenational Bus School | 0.00 | 0.00 | 0.00 | 68.12 | 0.00 | 68.12 |
| **1204 - Total Solution Loan - BOLM** | | | | | | |
| Arizona College of Allied Health | 0.00 | 0.00 | 0.00 | 0.00 | 27.00 | 27.00 |
| EMC- Harrison College | 0.00 | 0.00 | 0.00 | 0.00 | 17,179.56 | 17,179.56 |
| Empowered Careers | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 | 160.00 |
| Spartan Education, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 17,219.74 | 17,219.74 |
| 1204 - Total Solution Loan - BOLM - Other | 0.00 | 0.00 | 0.00 | 1,440.18 | 42,500.81 | 43,940.99 |
| Total 1204 - Total Solution Loan - BOLM | 0.00 | 0.00 | 0.00 | 1,440.18 | 77,087.11 | 78,527.29 |
| **1230 - Rapid Results** | | | | | | |
| IEC Corporation | 0.00 | 0.00 | 0.00 | 0.00 | 6,779.74 | 6,779.74 |
| 1230 - Rapid Results - Other | 0.00 | 0.00 | 0.00 | 7,411.74 | 43,561.41 | 50,973.15 |
| Total 1230 - Rapid Results | 0.00 | 0.00 | 0.00 | 7,411.74 | 50,341.15 | 57,752.89 |
| 1333 - RIC Program | 0.00 | 0.00 | 0.00 | 106.38 | 565.66 | 672.04 |
| UAS | 36,133.48 | 0.00 | 38,733.20 | 45,339.22 | 347,098.01 | 467,303.91 |
| **TOTAL** | 36,133.48 | 0.00 | 38,733.20 | 54,811.23 | 479,715.16 | 609,393.07 |

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor:    Tango Delta Financial, Inc.         Case Number:    8:20-bk-03672-CPM

Reporting Period beginning    August 1, 2020         Period ending    August 31, 2020

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 05/31/2020 | | UAS | Loan Servicing Company | 1,000.00 |
| 06/30/2020 | | UAS | Loan Servicing Company | 1,000.00 |
| 07/31/2020 | | UAS | Loan Servicing Company | 1,000.00 |
| 08/31/2020 | | UAS | Loan Servicing Company | 1,000.00 |

TOTAL AMOUNT                                                          4,000.00 (b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

---

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $    8,723,957.39 | (a) |
| PLUS: New Indebtedness Incurred This Month | $    1,000.00 | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $    0.00 | |
| PLUS/MINUS: Adjustments | $    0.00 | * |
| Ending Month Balance | $    8,724,957.39 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                        (d)

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:   Tango Delta Financial, Inc.            Case Number:   8:20-bk-03672-CPM

Reporting Period beginning   August 1, 2020            Period ending   August 31, 2020

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:          $      N/A
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month        $                                    (a)
      PLUS: Inventory Purchased During Month     $
    MINUS: Inventory Used or Sold              $
      PLUS/MINUS: Adjustments or Write-downs     $                                    *
    Inventory on Hand at End of Month          $

METHOD OF COSTING INVENTORY:

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% | = _____100%* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**

---

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:      N/A            (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month          $                              (a)(b)
    MINUS:  Depreciation Expense               $
    PLUS:  New Purchases                       $
    PLUS/MINUS: Adjustments or Write-downs     $                              *
Ending Monthly Balance                         $

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD:

---

(a)This number is carried forward from last month's report.  For the first report only, this number will be the

balance as of the petition date.

(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A
## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:   Tango Delta Financial, Inc.          Case Number:   8:20-bk-03672-CPM

Reporting Period beginning   August 1, 2020          Period ending   August 31, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   Wauchula State Bank          BRANCH:   Wauchula, Florida

ACCOUNT NAME:  Tango Delta  Financial, Inc.        ACCOUNT NUMBER:   xxx6222

PURPOSE OF ACCOUNT:        OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $  9,165.63 | |
| Plus Total Amount of Outstanding Deposits | $  0.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $  504.04 | * |
| Minus Service Charges | $  0.00 | |
| Ending Balance per Check Register | $  8,661.59 | **(a) |

**\*Debit cards are used by**   n/a

**\*\*If Closing Balance is negative, provide explanation**:

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | None | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**
**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:  Tango Delta Financial, Inc.         Case Number:  8:20-bk-03672-CPM

Reporting Period beginning  August 1, 2020            Period ending  August 31, 2020

NAME OF BANK:  Wauchula State Bank            BRANCH:  Wauchula, Florida

ACCOUNT NAME:  Tango Delta Financial, Inc.

ACCOUNT NUMBER:  XXX6222

PURPOSE OF ACCOUNT:          OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              | NONE  |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                                  $  0.00

## ATTACHMENT 4B
## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:   Tango Delta Financial, Inc.            Case Number:   8:20-bk-03672-CPM

Reporting Period beginning   August 1, 2020            Period ending   August 31, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK:   n/a            BRANCH: _____

ACCOUNT NAME: _____   ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT:   PAYROLL _____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:  __Tango Delta Financial, Inc.__     Case Number:  __8:20-bk-03672-CPM__

Reporting Period beginning  __August 1, 2020__     Period ending  __August 31, 2020__

NAME OF BANK:  __n/a_____     BRANCH: _____

ACCOUNT NAME:  _____

ACCOUNT NUMBER:  _____

PURPOSE OF ACCOUNT:  _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |

TOTAL                                                                     $    0.00

# ATTACHMENT 4C
# MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor: __Tango Delta Financial, Inc.__     Case Number: __8:20-bk-03672-CPM__

Reporting Period beginning __August 1, 2020__     Period ending __August 31, 2020__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: ____n/a____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____TAX_____

      Ending Balance per Bank Statement      $_____
      Plus Total Amount of Outstanding Deposits      $_____
      Minus Total Amount of Oustanding Checks and other debits $_____*
      Minus Service Charges      $_____
      Ending Balance per Check Register      $_____**(a)

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**
**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor:   Tango Delta Financial, Inc.          Case Number:   8:20-bk-03672-CPM

Reporting Period beginning  August 1, 2020          Period ending   August 31, 2020

NAME OF BANK:    n/a                              BRANCH:  _____

ACCOUNT NAME:  _____    ACCOUNT # _____

PURPOSE OF ACCOUNT:  _____ TAX _____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                              _____(d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                                        _____(a)
Sales & Use Taxes Paid                                    _____(b)
Other Taxes Paid                                          _____(c)
TOTAL                                                     _____ (d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D
## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| None | | | | |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                      _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                                   $_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____

_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $_____(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**
**MONTHLY TAX REPORT**

Name of Debtor:  Tango Delta Financial, Inc.          Case Number:  8:20-bk-03672-CPM

Reporting Period beginning  August 1, 2020          Period ending  August 31, 2020

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $  0.00 | | |

**ATTACHMENT 7**
**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:  Tango Delta Financial, Inc.             Case Number:  8:20-bk-03672-CPM

Reporting Period beginning  August 1, 2020            Period ending  August 31, 2020

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| McGriff  Ins. | (941) 748-1431 | | Premises Liability | 05/18/2021 | 05/18/2020 |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

**Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8
## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

On June 30, 2020, the Bankruptcy Court entered an order directing the appointment of a chapter 11 trustee

(Doc. No. 69).  On July  14, 2020, the United States Trustee filed a Notice of Appointment of Chapter 11 Trustee,

appointing Jeffrey W. Warren as the Trustee (Doc. No. 80) and the United States Trustee's Application for

Approval of Selection of Chapter 11 Trustee (Doc. No. 81).  On July 15, 2020, the Bankruptcy Court approved

the appointment of Jeffrey W. Warren as the Chapter 11 Trustee (Doc. No. 83).

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before    Undetermined at this time



**Wauchula State Bank**
Est. 1929

Wauchula State Bank
P O Box 248
Wauchula, FL 33873

Customer Service: 863-773-4151
BankLine 24: 800-407-6782
www.wauchulastatebank.com

PERIODIC STATEMENT
Date:    Aug 31, 2020
Period: Aug 01, 2020 to Aug 31, 2020
        (31 Days )

TANGO DELTA FINANCIAL INC
1801 N HIGHLAND AVE
% BUSH ROSS P A
TAMPA, FL 33602-2656

Reduce Clutter.  Sign up for Online Statements.
Visit www.wauchulastatebank.com and log into Online Banking today
to sign up.  View statements anytime, anywhere with Internet access.

ACCOUNT #: DDA - ██████6222

Tango Delta Financial Inc
`Debtor in Possession`Case 8:20-bk-03672

Enclosures: 0

Beginning Balance
as of 08/01/20                                          7,323.81
  Deposits & Other Credits                              1,841.82
  Checks & Other Debits                                     0.00
  Average Balance                                       8,425.38
Ending Balance
as of 08/31/20                                          9,165.63

Transaction Information

| Date | Check# | Description | Amount |
|------|--------|-------------|--------|
| 08/04 | | ACH Credit ePay KEY 2 RECOVERY | |
| | | ID1271608711 | 597.38 |
| 08/18 | | ACH Credit CASH C&D TCMCHECK1 1839 | |
| | | ID2522290654 | 1,244.44 |

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08/04 | 7,921.19 | 08/18 | 9,165.63 | 08/31 | 9,165.63 |

Page: 1

## LOST OR STOLEN DEBIT CARDS

Call **1-800-528-2273** as soon as you can to report your missing debit card.

## SUBSTITUTE CHECKS

If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us at P. O. Box 248, Wauchula, FL 33873-0248.  You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later.  Your claim must be in writing and include:

1. A description of why you think you have suffered a loss.
2. An estimate of the amount of your loss.
3. An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss.
4. A copy of the substitute check and/or the following information will help us identify the substitute check: the check number, the name of the person to whom you wrote the check, and the amount of the check.

If you use this procedure, you may receive up to $2,500.00 or your refund within 10 business days after we receive your claim and the remainder of your refund not later than 45 calendar days after we receive your claim.  We may reverse the refund if we learn the substitute check was correctly posted to your account.

**The following statement regarding reporting errors about electronic transfers, does not apply to Business Accounts.**

## IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS OR DIRECT DEPOSITS

Telephone us at 844-287-4225, or write to us at P. O. Box 248, Wauchula, FL 33873-0248, as soon as you can if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete the investigation.

## CHECKBOOK RECONCILIATION

### Checks Outstanding
Not charged to account

| NO. | $ |
|-----|---|
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
| **TOTAL** | $ |

Bank Balance
Shown on
This statement    $_____

Your
Checkbook
Balance        $_____

Add +
Deposits not credited
In this statement (if any)

$_____

$_____

TOTAL    $_____

Add +
Interest

$_____

### Checks Outstanding

$_____

Subtract –
Service Charge $_____

These balances should equal.

BALANCE    $_____

=    $_____

Member FDIC