UNITED STATES BANKRUPTCY COURT
MIDDLE  DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                          }        CASE NUMBER
                                                }        <u>8:20-BK-03672</u>
<u>TANGO DELTA FINANCIAL, INC.</u>              }
                                                }        JUDGE MCEWEN
                                                }
DEBTOR.                                         }        CHAPTER 11


DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM <u>NOVEMBER 1, 2020</u>  TO <u>NOVEMBER 30, 2020</u>

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.


                                    <u>   /s/ Kathleen L. DiSanto, Esq.                </u>
                                    **Attorney for Chapter 11 Trustee's Signature**


Chapter 11 Trustee's Address                    Chapter 11 Trustee's Attorney's Address
and Phone Number:                               and Phone Number:

| | |
|---|---|
| Bush Ross, P.A.<br>1801 N. Highland Ave., Tampa, FL 33602<br>Tel. (813) 224-9255 | Kathleen L. DiSanto, Esq.<br>Bush Ross, P.A.<br>1801 N. Highland Ave., Tampa, FL 33602<br>Bar No. 058512<br>Tel. (813) 224-9255 |

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm

1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

6FZ7501.DOC

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING   November 1, 2020   AND ENDING   November 30, 2020

Name of Debtor:   Tango Delta Financial, Inc.                              Case Number 8:20-bk-03672-CPM
Date of Petition:   May 11, 2020

|  | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 15,944.39 | (a) | 636.61 | (b) |
| **2. RECEIPTS:** | | | | |
| A. Cash Sales | 0.00 | | 0.00 | |
| Minus:  Cash Refunds | (-) 0.00 | | 0.00 | |
| Net Cash Sales | 0.00 | | 0.00 | |
| B. Accounts Receivable | 1,766.38 | | 17,191.74 | |
| C. Other Receipts *(See MOR-3)* | 0.00 | | 3,000.93 | |
| (If you receive rental income, you must attach a rent roll.) | | | | |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | 1,766.38 | | 20,192.67 | |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)*** | 17,710.77 | | 20,829.28 | |
| **5. DISBURSEMENTS** | | | | |
| A. Advertising | 0.00 | | 0.00 | |
| B. Bank Charges | 0.00 | | 13.00 | |
| C. Contract Labor | 0.00 | | 0.00 | |
| D. Fixed Asset Payments (not incl. in "N") | 0.00 | | 0.00 | |
| E. Insurance | 0.00 | | 2,334.32 | |
| F. Inventory Payments  *(See Attach. 2)* | 0.00 | | 0.00 | |
| G. Leases | 0.00 | | 0.00 | |
| H. Manufacturing Supplies | 0.00 | | 0.00 | |
| I. Office Supplies | 0.00 | | 21.19 | |
| J. Payroll - Net *(See Attachment 4B)* | 0.00 | | 0.00 | |
| K. Professional Fees (Accounting & Legal) | 0.00 | | 0.00 | |
| L. Rent | 0.00 | | 0.00 | |
| M. Repairs & Maintenance | 0.00 | | 0.00 | |
| N. Secured Creditor Payments *(See Attach. 2)* | 0.00 | | 0.00 | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | 0.00 | | 0.00 | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | 0.00 | | 0.00 | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | 0.00 | | 0.00 | |
| R. Telephone | 0.00 | | 0.00 | |
| S. Travel & Entertainment | 0.00 | | 0.00 | |
| Y. U.S. Trustee Quarterly Fees | 0.00 | | 650.00 | |
| U. Utilities | 0.00 | | 0.00 | |
| V. Vehicle Expenses | 0.00 | | 0.00 | |
| W. Other Operating Expenses *(See MOR-3)* | 0.00 | | 100.00 | |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | 0.00 | | 3,118.51 | |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | 17,710.77 | (c) | 17,710.77 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This   21st   day of December, 2020.

*Jeffrey W. Warren*
(Signature)

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.
(c)These two amounts will always be the same if form is completed correctly.

MOR-2

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Refund of Insurance Premium (McGriff) | $0.00 | $1,155.66 |
| Deposit of California Bank Funds | $0.00 | $1,841.16 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | $0.00 | $2,996.82 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.[1]**

---

[1]  The financial reporting attached to this monthly operating report are based upon the best available information to the Chapter 11 Trustee and his professionals and are subject to further revision and modification as additional information becomes available to the Chapter 11 Trustee.

6FZ7501.DOC

10:26 AM

12/17/20

Accrual Basis

**Tango Delta Financial, Inc.**
# General Ledger
### As of November 30, 2020

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Wauchula State Bank** | | | | | | | | | |
| General Journal | 11/03/2020 | OC-JE... | | Key 2 Recovery | October 2020 ... | -SPLIT- | 661.98 | | 15,944.39 |
| General Journal | 11/20/2020 | OC-JE... | | Goal Structured Solu... | October 2020 ... | -SPLIT- | 1,104.40 | | 16,606.37 |
| | | | | | | | | | 17,710.77 |
| Total Wauchula State Bank | | | | | | | 1,766.38 | 0.00 | 17,710.77 |
| | | | | | | | | | |
| **\*Accounts Receivable** | | | | | | | | | |
| **TEDA Holding Corporation** | | | | | | | | | 707,203.71 |
| Total TEDA Holding Corporation | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **\*Accounts Receivable - Other** | | | | | | | | | |
| General Journal | 11/30/2020 | OC-JE1 | | UAS | November 20... | -SPLIT- | 1,157.50 | | 707,203.71 |
| General Journal | 11/30/2020 | OC-JE2 | | UAS | November 20... | -SPLIT- | 1,197.63 | | 708,361.21 |
| General Journal | 11/30/2020 | OC-JE3 | | UAS | November 20... | -SPLIT- | 1,387.75 | | 709,558.84 |
| General Journal | 11/30/2020 | OC-JE4 | | UAS | November 20... | -SPLIT- | 140.00 | | 710,946.59 |
| General Journal | 11/30/2020 | OC-JE5 | | UAS | November 20... | -SPLIT- | 160.68 | | 711,086.59 |
| General Journal | 11/30/2020 | OC-JE6 | | UAS | November 20... | -SPLIT- | 13,748.40 | | 711,247.27 |
| General Journal | 11/30/2020 | OC-JE7 | | UAS | November 20... | -SPLIT- | 8,334.91 | | 724,995.67 |
| General Journal | 11/30/2020 | OC-JE8 | | UAS | November 20... | -SPLIT- | 138.99 | | 733,330.58 |
| General Journal | 11/30/2020 | OC-JE9 | | UAS | November 20... | -SPLIT- | 1,423.97 | | 733,469.57 |
| | | | | | | | | | 734,893.54 |
| Total \*Accounts Receivable - Other | | | | | | | 27,689.83 | 0.00 | 734,893.54 |
| Total \*Accounts Receivable | | | | | | | 27,689.83 | 0.00 | 734,893.54 |
| | | | | | | | | | |
| **Suspence** | | | | | | | | | |
| Total Suspence | | | | | | | | | 5,356.16 |
| | | | | | | | | | 5,356.16 |
| **Canceled Loans Reimbursable** | | | | | | | | | 0.00 |
| Total Canceled Loans Reimbursable | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Purchased Notes Receivable** | | | | | | | | | 1,377,642.59 |
| **Title IV Schools** | | | | | | | | | 683,349.45 |
| **1204 - BOLM Total Solution Loan** | | | | | | | | | 579,039.73 |
| **Total Solution Loan Purchases** | | | | | | | | | 651,286.69 |
| Total Total Solution Loan Purchases | | | | | | | | | 651,286.69 |
| **1204 - BOLM Total Solution Loan - Other** | | | | | | | | | -72,246.96 |
| General Journal | 11/30/2020 | OC-JE6 | | 1204 - Total Solution... | November 20... | \*Accounts Rec... | | 10,225.92 | -82,472.88 |
| General Journal | 11/30/2020 | OC-JE9 | | 1204 - Total Solution... | November 20... | \*Accounts Rec... | | 1,044.03 | -83,516.91 |
| Total 1204 - BOLM Total Solution Loan - Other | | | | | | | 0.00 | 11,269.95 | -83,516.91 |
| Total 1204 - BOLM Total Solution Loan | | | | | | | 0.00 | 11,269.95 | 567,769.78 |
| **1230 - ASFG Direct Lending** | | | | | | | | | 31,178.37 |
| **Rapid Results** | | | | | | | | | 31,178.37 |
| Total Rapid Results | | | | | | | | | 31,178.37 |
| Total 1230 - ASFG Direct Lending | | | | | | | | | 31,178.37 |
| 852-Dade Medical College | | | | | | | | | -157.63 |
| **819-Gryphon Colleges** | | | | | | | | | 0.00 |
| **Gryphon Principal Purchase** | | | | | | | | | 0.00 |
| Total Gryphon Principal Purchase | | | | | | | | | 0.00 |
| Total 819-Gryphon Colleges | | | | | | | | | 0.00 |
| **849-High Desert Medical College** | | | | | | | | | 27,542.62 |
| **High Desert Purchases_Fund_01** | | | | | | | | | 31,023.90 |
| Total High Desert Purchases_Fund_01 | | | | | | | | | 31,023.90 |
| **849-High Desert Medical College - Other** | | | | | | | | | -3,481.28 |
| Total 849-High Desert Medical College - Other | | | | | | | | | -3,481.28 |
| Total 849-High Desert Medical College | | | | | | | | | 27,542.62 |
| **830-Heritage Institute** | | | | | | | | | |
| **Heritage College** | | | | | | | | | 0.00 |
| Total Heritage College | | | | | | | | | 0.00 |
| Total 830-Heritage Institute | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **846-HR Global, Inc.** | | | | | | | | | |
| **dba SICE Paul Mitchell Partner** | | | | | | | | | 0.00 |
| Total dba SICE Paul Mitchell Partner | | | | | | | | | 0.00 |
| Total 846-HR Global, Inc. | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **865-Hult International Bus Sch** | | | | | | | | | |
| **Hult Intl Business School** | | | | | | | | | 14,333.25 |
| Total Hult Intl Business School | | | | | | | | | 15,885.32 |
| | | | | | | | | | 15,885.32 |
| **865-Hult International Bus Sch - Other** | | | | | | | | | -1,552.07 |
| Total 865-Hult International Bus Sch - Other | | | | | | | | | -1,552.07 |
| Total 865-Hult International Bus Sch | | | | | | | | | 14,333.25 |
| **836-Nurtur Holdings,LLC-Aveda** | | | | | | | | | |
| **Nurtur Los Angeles, LLC** | | | | | | | | | 0.00 |
| Total Nurtur Los Angeles, LLC | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| Total 836-Nurtur Holdings,LLC-Aveda | | | | | | | | | 0.00 |

10:26 AM

12/17/20

Accrual Basis

**Tango Delta Financial, Inc.**
# General Ledger
As of November 30, 2020

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 840-Prospect Education, LLC | | | | | | | | | |
| Prospect Education | | | | | | | | | 0.00 |
| Total Prospect Education | | | | | | | | | 0.00 |
| Total 840-Prospect Education, LLC | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| 841-The Sullivan University Sys | | | | | | | | | |
| Sullivan/Spencerian University | | | | | | | | | 31,413.11 |
| Total Sullivan/Spencerian University | | | | | | | | | 34,026.64 |
| | | | | | | | | | 34,026.64 |
| 841-The Sullivan University Sys - Other | | | | | | | | | -2,613.53 |
| Total 841-The Sullivan University Sys - Other | | | | | | | | | -2,613.53 |
| Total 841-The Sullivan University Sys | | | | | | | | | 31,413.11 |
| 828-Tidewater Tech | | | | | | | | | |
| Tidewater Tech- Fund 03 | | | | | | | | | 0.00 |
| Total Tidewater Tech- Fund 03 | | | | | | | | | 0.00 |
| Total 828-Tidewater Tech | | | | | | | | | 0.00 |
| Total Title IV Schools | | | | | | | 0.00 | 11,269.95 | 672,079.50 |
| Non Title IV Schools | | | | | | | | | |
| Career Point College | | | | | | | | | 694,293.14 |
| General Journal | 11/30/2020 | OC-JE7 | | 1230 - Rapid Results... | November 20... | *Accounts Rec... | | | 669,597.76 |
| | | | | | | | | 5,299.70 | 659,123.93 |
| Total 1230- RR Career Point College | | | | | | | | | 653,824.23 |
| | | | | | | | 0.00 | 5,299.70 | 653,824.23 |
| 1333-CPC RIC Program | | | | | | | | | 10,473.83 |
| General Journal | 11/30/2020 | OC-JE8 | | 1333 - RIC Program | November 20... | *Accounts Rec... | | 74.90 | 10,398.93 |
| Total 1333-CPC RIC Program | | | | | | | | | 10,398.93 |
| | | | | | | | 0.00 | 74.90 | 10,398.93 |
| Total Career Point College | | | | | | | 0.00 | 5,374.60 | 664,223.16 |
| 851- Ryokan College | | | | | | | | | |
| Ryokan College | | | | | | | | | 24,695.38 |
| Total Ryokan College | | | | | | | | | 26,943.44 |
| | | | | | | | | | 26,943.44 |
| 851- Ryokan College - Other | | | | | | | | | -2,248.06 |
| General Journal | 11/30/2020 | OC-JE3 | | 851 -Ryokan College | November 20... | *Accounts Rec... | | 830.84 | -3,078.90 |
| Total 851- Ryokan College - Other | | | | | | | | | -3,078.90 |
| | | | | | | | 0.00 | 830.84 | -3,078.90 |
| Total 851- Ryokan College | | | | | | | 0.00 | 830.84 | 23,864.54 |
| 831-State NatTraining Ser,Inc | | | | | | | | | |
| SNTS | | | | | | | | | 0.00 |
| Total SNTS | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| Total 831-State NatTraining Ser,Inc | | | | | | | | | 0.00 |
| 842-VP Institute, Inc. | | | | | | | | | |
| Aveda Institute Des Moines | | | | | | | | | 0.00 |
| Total Aveda Institute Des Moines | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| Total 842-VP Institute, Inc. | | | | | | | | | 0.00 |
| Total Non Title IV Schools | | | | | | | 0.00 | 6,205.44 | 688,087.70 |
| Purchased Notes Receivable - Other | | | | | | | | | 0.00 |
| General Journal | 11/30/2020 | OC-JE4 | | 860 | November 20... | *Accounts Rec... | | 91.00 | -91.00 |
| Total Purchased Notes Receivable - Other | | | | | | | | | -91.00 |
| | | | | | | | 0.00 | 91.00 | -91.00 |
| Total Purchased Notes Receivable | | | | | | | 0.00 | 17,566.39 | 1,360,076.20 |
| Holdbacks | | | | | | | | | |
| Title IV Schools | | | | | | | | | -75,427.26 |
| AZ College - Program Deposit | | | | | | | | | -65,539.67 |
| Total AZ College - Program Deposit | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| Empowered Careers/UCLA | | | | | | | | | -2,256.40 |
| Total Empowered Careers/UCLA | | | | | | | | | -2,256.40 |
| SCI - Program Deposit (BLM) | | | | | | | | | -3,170.54 |
| Total SCI - Program Deposit (BLM) | | | | | | | | | -3,170.54 |
| SCI - RR Program Deposit | | | | | | | | | -22,172.58 |
| Total SCI - RR Program Deposit | | | | | | | | | -22,172.58 |
| Tribeca - PD | | | | | | | | | 0.00 |
| Total Tribeca - PD | | | | | | | | | 0.00 |
| 862-Delta Career Education Corp | | | | | | | | | 0.00 |
| General Journal | 11/30/2020 | OC-JE5 | | 862 - Delta (DES);86... | November 20... | *Accounts Rec... | | 10.20 | -10.20 |
| Total 862-Delta Career Education Corp | | | | | | | | | -10.20 |
| | | | | | | | 0.00 | 10.20 | -10.20 |
| 849-High Desert Medical College | | | | | | | | | -16,684.03 |
| General Journal | 11/30/2020 | OC-JE2 | | 849 - Legacy Educat... | November 20... | *Accounts Rec... | | 954.50 | -17,638.53 |
| Total 849-High Desert Medical College | | | | | | | | | -17,638.53 |
| | | | | | | | 0.00 | 954.50 | -17,638.53 |

**Tango Delta Financial, Inc.**
# General Ledger
### As of November 30, 2020

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **865-Hult Intl Bus School** | | | | | | | | | -6,558.18 |
| Total 865-Hult Intl Bus School | | | | | | | | | -6,558.18 |
| **841-Sullivan/Spencerian Uni** | | | | | | | | | |
| General Journal | 11/30/2020 | OC-JE1 | | 841 - Sullivan | November 20... | *Accounts Rec... | | 755.11 | -14,697.94 |
| | | | | | | | | | -15,453.05 |
| Total 841-Sullivan/Spencerian Uni | | | | | | | 0.00 | 755.11 | -15,453.05 |
| **828-Tidewater Tech** | | | | | | | | | 0.00 |
| Total 828-Tidewater Tech | | | | | | | | | 0.00 |
| **Prepaid Loan Guaranty Default** | | | | | | | | | 0.00 |
| Total Prepaid Loan Guaranty Default | | | | | | | | | 0.00 |
| Total Title IV Schools | | | | | | | 0.00 | 1,719.81 | -67,259.48 |
| **Non Title IV** | | | | | | | | | |
| **851-Ryokan College** | | | | | | | | | -9,887.59 |
| Total 851-Ryokan College | | | | | | | | | -9,887.59 |
| Total Non Title IV | | | | | | | | | -9,887.59 |
| Total Holdbacks | | | | | | | | | -9,887.59 |
| | | | | | | | 0.00 | 1,719.81 | -77,147.07 |
| **Unearned Income** | | | | | | | | | |
| **Empowered Careers Financing Fee** | | | | | | | | | -11,713.77 |
| Total Empowered Careers Financing Fee | | | | | | | | | -4,491.81 |
| | | | | | | | | | -4,491.81 |
| **Supplemental Fees** | | | | | | | | | -7,221.96 |
| Total Supplemental Fees | | | | | | | | | -7,221.96 |
| **Purchase Disc** | | | | | | | | | 0.00 |
| Total Purchase Disc | | | | | | | | | 0.00 |
| Total Unearned Income | | | | | | | | | -11,713.77 |
| **Goal Solutions** | | | | | | | | | |
| General Journal | 11/20/2020 | OC-JE... | | Goal Structured Solu... | October 2020 ... | Wauchula Stat... | | 1,578.00 | 8,734,549.74 |
| | | | | | | | | | 8,732,971.74 |
| Total Goal Solutions | | | | | | | 0.00 | 1,578.00 | 8,732,971.74 |
| **Key2Recovery** | | | | | | | | | |
| General Journal | 11/03/2020 | OC-JE... | | Key 2 Recovery | October 2020 ... | Wauchula Stat... | | 969.68 | 471,042.08 |
| | | | | | | | | | 470,072.40 |
| Total Key2Recovery | | | | | | | 0.00 | 969.68 | 470,072.40 |
| **Allowance for Doubtful Accounts** | | | | | | | | | -5,530,860.67 |
| Total Allowance for Doubtful Accounts | | | | | | | | | -5,530,860.67 |
| Accounts Payable | | | | | | | | | -88,513.73 |
| **Pending Loan Reimbursements** | | | | | | | | | -40,483.86 |
| Total Pending Loan Reimbursements | | | | | | | | | -40,483.86 |
| **Secured Debt** | | | | | | | | | |
| **TRD Consulting Services LOC** | | | | | | | | | -964,877.21 |
| Total TRD Consulting Services LOC | | | | | | | | | -964,877.21 |
| Total Secured Debt | | | | | | | | | -964,877.21 |
| | | | | | | | | | -964,877.21 |
| **Unsecured Debt** | | | | | | | | | |
| **Cottingham Apex Texas Fund** | | | | | | | | | -8,307,319.61 |
| Total Cottingham Apex Texas Fund | | | | | | | | | -7,847,947.04 |
| | | | | | | | | | -7,847,947.04 |
| **Spartan Education, LLC** | | | | | | | | | -215,483.44 |
| Total Spartan Education, LLC | | | | | | | | | -215,483.44 |
| **Cottingham Apex Fund, LLC** | | | | | | | | | -243,889.13 |
| Total Cottingham Apex Fund, LLC | | | | | | | | | -243,889.13 |
| Total Unsecured Debt | | | | | | | | | -8,307,319.61 |
| **Paid in Capital** | | | | | | | | | -6,589,164.41 |
| Total Paid in Capital | | | | | | | | | -6,589,164.41 |
| **Shareholder Distribution** | | | | | | | | | 5,079.87 |
| Total Shareholder Distribution | | | | | | | | | 5,079.87 |
| **Retained Earnings** | | | | | | | | | 6,213,949.55 |
| Total Retained Earnings | | | | | | | | | 6,213,949.55 |
| **Program Fee** | | | | | | | | | -1,050.03 |
| Total Program Fee | | | | | | | | | -1,050.03 |
| **Interest from Purchased Loans** | | | | | | | | | |
| General Journal | 11/30/2020 | OC-JE1 | | 841 - Sullivan | November 20... | *Accounts Rec... | | 402.39 | -162,188.22 |
| General Journal | 11/30/2020 | OC-JE2 | | 849 - Legacy Educat... | November 20... | *Accounts Rec... | | 243.13 | -162,590.61 |
| General Journal | 11/30/2020 | OC-JE3 | | 851 -Ryokan College | November 20... | *Accounts Rec... | | 526.91 | -162,833.74 |
| General Journal | 11/30/2020 | OC-JE4 | | 860 | November 20... | *Accounts Rec... | | 49.00 | -163,360.65 |
| General Journal | 11/30/2020 | OC-JE5 | | 862 - Delta (DES):86... | November 20... | *Accounts Rec... | | 150.48 | -163,409.65 |
| General Journal | 11/30/2020 | OC-JE6 | | 1204 - Total Solution... | November 20... | *Accounts Rec... | | 3,470.16 | -163,560.13 |
| General Journal | 11/30/2020 | OC-JE7 | | 1230 - Rapid Results... | November 20... | *Accounts Rec... | | 2,683.07 | -167,030.29 |
| General Journal | 11/30/2020 | OC-JE8 | | 1333 - RIC Program | November 20... | *Accounts Rec... | | 64.07 | -169,713.36 |
| General Journal | 11/30/2020 | OC-JE9 | | 1204 - Total Solution... | November 20... | *Accounts Rec... | | 374.28 | -169,777.43 |
| | | | | | | | | | -170,151.71 |

10:26 AM

12/17/20

Accrual Basis

# Tango Delta Financial, Inc.
## General Ledger
### As of November 30, 2020

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Total Interest from Purchased Loans | | | | | | | 0.00 | 7,963.49 | -170,151.71 |
| **Discounted Int.- Prepaid Loans** | | | | | | | | | 11,919.28 |
| Total Discounted Int.- Prepaid Loans | | | | | | | | | 11,919.28 |
| **Penalties earned** | | | | | | | | | -2,813.07 |
| General Journal | 11/30/2020 | OC-JE3 | | 851 -Ryokan College | November 20... | *Accounts Rec... | | 30.00 | -2,843.07 |
| General Journal | 11/30/2020 | OC-JE6 | | 1204 - Total Solution... | November 20... | *Accounts Rec... | | 52.32 | -2,895.39 |
| General Journal | 11/30/2020 | OC-JE7 | | 1230 - Rapid Results... | November 20... | *Accounts Rec... | | 352.14 | -3,247.53 |
| General Journal | 11/30/2020 | OC-JE8 | | 1333 - RIC Program | November 20... | *Accounts Rec... | | 0.02 | -3,247.55 |
| General Journal | 11/30/2020 | OC-JE9 | | 1204 - Total Solution... | November 20... | *Accounts Rec... | | 5.66 | -3,253.21 |
| Total Penalties earned | | | | | | | 0.00 | 440.14 | -3,253.21 |
| **Supplemental Fee** | | | | | | | | | -3,319.16 |
| Total Supplemental Fee | | | | | | | | | -3,319.16 |
| **Loan payments** | | | | | | | | | -101.67 |
| Total Loan payments | | | | | | | | | -101.67 |
| **Dade Med College-Collections** | | | | | | | | | -17,211.13 |
| Total Dade Med College-Collections | | | | | | | | | -17,211.13 |
| **CareerPoint College-Collections** | | | | | | | | | -7,869.97 |
| Total CareerPoint College-Collections | | | | | | | | | -7,869.97 |
| **Other Income** | | | | | | | | | -4.11 |
| Total Other Income | | | | | | | | | -4.11 |
| Misc Income | | | | | | | | | -75.00 |
| **Interest** | | | | | | | | | |
| Debt | | | | | | | | | 9,786.31 |
| Total Debt | | | | | | | | | 9,954.88 |
| | | | | | | | | | 9,954.88 |
| Interest - Other | | | | | | | | | -168.57 |
| Total Interest - Other | | | | | | | | | -168.57 |
| Total Interest | | | | | | | | | 9,786.31 |
| **Servicing Exp for A/R** | | | | | | | | | 21,344.95 |
| General Journal | 11/03/2020 | OC-JE... | | Key 2 Recovery | October 2020 ... | Wauchula Stat... | 307.70 | | 21,652.65 |
| General Journal | 11/20/2020 | OC-JE... | | Goal Structured Solu... | October 2020 ... | Wauchula Stat... | 473.60 | | 22,126.25 |
| Total Servicing Exp for A/R | | | | | | | 781.30 | 0.00 | 22,126.25 |
| **Bad Debt Expense** | | | | | | | | | 4,160,706.59 |
| Total Bad Debt Expense | | | | | | | | | 4,160,706.59 |
| **Bank Service Charges** | | | | | | | | | 435.68 |
| Total Bank Service Charges | | | | | | | | | 435.68 |
| **Consulting Fees** | | | | | | | | | 351.96 |
| Total Consulting Fees | | | | | | | | | 351.96 |
| **Insurance** | | | | | | | | | |
| Liability Insurance | | | | | | | | | -662.50 |
| Total Liability Insurance | | | | | | | | | 2,334.32 |
| | | | | | | | | | 2,334.32 |
| Insurance - Other | | | | | | | | | -2,996.82 |
| Total Insurance - Other | | | | | | | | | -2,996.82 |
| Total Insurance | | | | | | | | | -662.50 |
| **Other Office Expenses** | | | | | | | | | |
| Business Renewal Fee | | | | | | | | | 566.82 |
| Total Business Renewal Fee | | | | | | | | | 15.00 |
| | | | | | | | | | 15.00 |
| Business Tax Expenses | | | | | | | | | 530.63 |
| Total Business Tax Expenses | | | | | | | | | 530.63 |
| Office Supplies | | | | | | | | | 21.19 |
| Total Office Supplies | | | | | | | | | 21.19 |
| Total Other Office Expenses | | | | | | | | | 566.82 |
| **Professional Fees** | | | | | | | | | |
| Legal Fees | | | | | | | | | 52,596.99 |
| Total Legal Fees | | | | | | | | | 51,946.99 |
| | | | | | | | | | 51,946.99 |
| Other | | | | | | | | | 650.00 |
| Total Other | | | | | | | | | 650.00 |
| Total Professional Fees | | | | | | | | | 52,596.99 |
| **State Income Tax** | | | | | | | | | 800.00 |
| Total State Income Tax | | | | | | | | | 800.00 |
| **Travel & Ent** | | | | | | | | | |
| Travel | | | | | | | | | 276.71 |
| Total Travel | | | | | | | | | 276.71 |
| | | | | | | | | | 276.71 |
| Total Travel & Ent | | | | | | | | | 276.71 |
| **Management Services** | | | | | | | | | 14,102.00 |

**Tango Delta Financial, Inc.**
**General Ledger**
As of November 30, 2020

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|---------|
| Total Management Services | | | | | | | | | 14,102.00 |
| TOTAL | | | | | | | 30,237.51 | 30,237.51 | 0.00 |

10:25 AM

12/17/20

Accrual Basis

# Tango Delta Financial, Inc.
# Balance Sheet
### As of November 30, 2020

|  | Nov 30, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Wauchula State Bank | 17,710.77 |
| **Total Checking/Savings** | 17,710.77 |
| **Accounts Receivable** | |
| *Accounts Receivable | 734,893.54 |
| **Total Accounts Receivable** | 734,893.54 |
| **Other Current Assets** | |
| Suspence | 5,356.16 |
| **Purchased Notes Receivable** | |
| **Title IV Schools** | |
| **1204 - BOLM Total Solution Loan** | |
| Total Solution Loan Purchases | 651,286.69 |
| 1204 - BOLM Total Solution Loan - Other | -83,516.91 |
| **Total 1204 - BOLM Total Solution Loan** | 567,769.78 |
| **1230 - ASFG Direct Lending** | |
| Rapid Results | 31,178.37 |
| **Total 1230 - ASFG Direct Lending** | 31,178.37 |
| **852-Dade Medical College** | -157.63 |
| **849-High Desert Medical College** | |
| High Desert Purchases_Fund_01 | 31,023.90 |
| 849-High Desert Medical College - Other | -3,481.28 |
| **Total 849-High Desert Medical College** | 27,542.62 |
| **865-Hult International Bus Sch** | |
| Hult Intl Business School | 15,885.32 |
| 865-Hult International Bus Sch - Other | -1,552.07 |
| **Total 865-Hult International Bus Sch** | 14,333.25 |
| **841-The Sullivan University Sys** | |
| Sullivan/Spencerian University | 34,026.64 |
| 841-The Sullivan University Sys - Other | -2,613.53 |
| **Total 841-The Sullivan University Sys** | 31,413.11 |
| **Total Title IV Schools** | 672,079.50 |
| **Non Title IV Schools** | |
| **Career Point College** | |
| 1230 - RR Career Point College | 653,824.23 |
| 1333-CPC RIC Program | 10,398.93 |
| **Total Career Point College** | 664,223.16 |
| **851- Ryokan College** | |
| Ryokan College | 26,943.44 |
| 851- Ryokan College - Other | -3,078.90 |
| **Total 851- Ryokan College** | 23,864.54 |
| **Total Non Title IV Schools** | 688,087.70 |
| Purchased Notes Receivable - Other | -91.00 |
| **Total Purchased Notes Receivable** | 1,360,076.20 |
| **Holdbacks** | |
| **Title IV Schools** | |
| Empowered Careers/UCLA | -2,256.40 |
| SCI - Program Deposit (BLM) | -3,170.54 |

10:25 AM
12/17/20
Accrual Basis

# Tango Delta Financial, Inc.
## Balance Sheet
### As of November 30, 2020

|  | Nov 30, 20 |
|---|---|
| SCI - RR Program Deposit | -22,172.58 |
| 862-Delta Career Education Corp | -10.20 |
| 849-High Desert Medical College | -17,638.53 |
| 865-Hult Intl Bus School | -6,558.18 |
| 841-Sullivan/Spencerian Uni | -15,453.05 |
| **Total Title IV Schools** | **-67,259.48** |
| Non Title IV |  |
| 851-Ryokan College | -9,887.59 |
| **Total Non Title IV** | **-9,887.59** |
| **Total Holdbacks** | **-77,147.07** |
| Unearned Income |  |
| Empowered Careers Financing Fee | -4,491.81 |
| Supplemental Fees | -7,221.96 |
| **Total Unearned Income** | **-11,713.77** |
| **Total Other Current Assets** | **1,276,571.52** |
| **Total Current Assets** | **2,029,175.83** |
| Other Assets |  |
| Goal Solutions | 8,732,971.74 |
| Key2Recovery | 470,072.40 |
| Allowance for Doubtful Accounts | -5,530,860.67 |
| **Total Other Assets** | **3,672,183.47** |
| **TOTAL ASSETS** | **5,701,359.30** |
| **LIABILITIES & EQUITY** |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| Accounts Payable | 88,513.73 |
| **Total Accounts Payable** | **88,513.73** |
| Other Current Liabilities |  |
| Pending Loan Reimbursements | 40,483.86 |
| **Total Other Current Liabilities** | **40,483.86** |
| **Total Current Liabilities** | **128,997.59** |
| Long Term Liabilities |  |
| Secured Debt |  |
| TRD Consulting Services LOC | 964,877.21 |
| **Total Secured Debt** | **964,877.21** |
| Unsecured Debt |  |
| Cottingham Apex Texas Fund | 7,847,947.04 |
| Spartan Education, LLC | 215,483.44 |
| Cottingham Apex Fund, LLC | 243,889.13 |
| **Total Unsecured Debt** | **8,307,319.61** |
| **Total Long Term Liabilities** | **9,272,196.82** |
| **Total Liabilities** | **9,401,194.41** |
| Equity |  |
| Paid in Capital | 6,589,164.41 |
| Shareholder Distribution | -5,079.87 |
| Retained Earnings | -6,213,949.55 |
| Net Income | -4,069,970.10 |

10:25 AM

12/17/20
Accrual Basis

# Tango Delta Financial, Inc.
## Balance Sheet
### As of November 30, 2020

|  | Nov 30, 20 |
| --- | --- |
| Total Equity | -3,699,835.11 |
| TOTAL LIABILITIES & EQUITY | 5,701,359.30 |

10:25 AM

12/17/20
Accrual Basis

# Tango Delta Financial, Inc.
## Profit & Loss
### November 2020

|  | Nov 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Interest from Purchased Loans | 7,963.49 |
| Penalties earned | 440.14 |
| **Total Income** | 8,403.63 |
| **Cost of Goods Sold** | |
| Servicing Exp for A/R | 781.30 |
| **Total COGS** | 781.30 |
| **Gross Profit** | 7,622.33 |
| **Net Ordinary Income** | 7,622.33 |
| **Net Income** | **7,622.33** |

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:   Tango Delta Financial, Inc.      Case Number:   8:20-bk-03672-CPM

Reporting Period beginning   November 1, 2020      Period ending   November 30, 2020

ACCOUNTS RECEIVABLE AT PETITION DATE:   10,879,702.31

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $   10,724,082.01 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ | (b)[2] |
| PLUS/MINUS: Adjustments or Writeoffs | $   0.00 | * |
| End of Month Balance | $ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

**POST PETITION ACCOUNTS RECEIVABLE AGING**

(Show the total for each aging category for all accounts receivable)[3]

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

---

[2] The financial reporting attached to this monthly operating report are based upon the best available information to the Chapter 11 Trustee and his professionals and are subject to further revision and modification as additional information becomes available to the Chapter 11 Trustee.
[3] The Chapter 11 Trustee is unable to provide an A/R Aging Report at this time.  The Chapter 11 Trustee's professionals continue to encounter difficulties in accessing the reporting needed from UAS and others to finalize the report.  The Chapter 11 Trustee will supplement the MOR with an A/R Aging Report when one is available.

6FZ7501.DOC

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor:    Tango Delta Financial, Inc.          Case Number:    8:20-bk-03672-CPM

Reporting Period beginning    November 1, 2020          Period ending    November 30, 2020

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 05/31/2020 | | UAS | Loan Servicing Company | 1,000.00 |
| 06/30/2020 | | UAS | Loan Servicing Company | 1,000.00 |
| 07/31/2020 | | UAS | Loan Servicing Company | 1,000.00 |
| 08/31/2020 | | UAS | Loan Servicing Company | 1,000.00 |
| 09/30/2020 | | UAS | Loan Servicing Company | 1,000.00 |

TOTAL AMOUNT                                             5,000.00[4]    (b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

---

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $  8,725,957.39 | (a) |
| PLUS: New Indebtedness Incurred This Month | $  0.00 | |
| MINUS: Amount Paid on Post Petition, | | |
|     Accounts Payable This Month | $  0.00 | |
| PLUS/MINUS: Adjustments | $  0.00 | * |
| Ending Month Balance | $  8,725,957.39 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                    (d)

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

---

[4] The Chapter 11 Trustee is in the process of negotiating and hopefully resolving various issues with UAS, including but not limited to its loan servicing charges.

6FZ7501.DOC

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:   Tango Delta Financial, Inc.              Case Number:   8:20-bk-03672-CPM

Reporting Period beginning   November 1, 2020              Period ending   November 30, 2020

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:          $    N/A

INVENTORY RECONCILIATION:

| | | |
|---|---|---|
| Inventory Balance at Beginning of Month | $ | (a) |
| PLUS: Inventory Purchased During Month | $ | |
| MINUS: Inventory Used or Sold | $ | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Inventory on Hand at End of Month | $ | |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.

☐    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

---

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:    N/A          (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ | (a)(b) |
| MINUS:  Depreciation Expense | $ | |
| PLUS:  New Purchases | $ | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Ending Monthly Balance | $ | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
     balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
     Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:   Tango Delta Financial, Inc.          Case Number:   8:20-bk-03672-CPM

Reporting Period beginning   November 1, 2020          Period ending   November 30, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   Wauchula State Bank          BRANCH:   Wauchula, Florida

ACCOUNT NAME:   Tango Delta Financial, Inc.          ACCOUNT NUMBER:   xxx6222

PURPOSE OF ACCOUNT:          OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 17,710.77 | |
| Plus Total Amount of Outstanding Deposits | $ 0.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $ 504.04 | * |
| Minus Service Charges | $ 0.00 | |
| Ending Balance per Check Register | $ 17,206.73 | **(a) |

**\*Debit cards are used by**   n/a

**\*\*If Closing Balance is negative, provide explanation**:

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | None | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____ Transferred to Payroll Account
$_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:   Tango Delta Financial, Inc.        Case Number:   8:20-bk-03672-CPM

Reporting Period beginning  November 1, 2020          Period ending   November 30, 2020

NAME OF BANK:   Wauchula State Bank          BRANCH:   Wauchula, Florida

ACCOUNT NAME:   Tango Delta Financial, Inc.

ACCOUNT NUMBER:   XXX6222

PURPOSE OF ACCOUNT:          OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL                                                    $   0.00

6FZ7501.DOC

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor:  Tango Delta Financial, Inc.          Case Number:  8:20-bk-03672-CPM

Reporting Period beginning  November 1, 2020          Period ending  November 30, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. http://www.usdoj.gov/ust/

NAME OF BANK:    n/a          BRANCH:

ACCOUNT NAME:          ACCOUNT NUMBER:
PURPOSE OF ACCOUNT:      PAYROLL

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $ | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

6FZ7501.DOC

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:   Tango Delta Financial, Inc.         Case Number:   8:20-bk-03672-CPM

Reporting Period beginning  November 1, 2020     Period ending   November 30, 2020

NAME OF BANK:    n/a                    BRANCH:  _____

ACCOUNT NAME:   _____

ACCOUNT NUMBER:   _____

PURPOSE OF ACCOUNT:   _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                    $    0.00

6FZ7501.DOC

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:   Tango Delta Financial, Inc.              Case Number:   8:20-bk-03672-CPM

Reporting Period beginning   November 1, 2020              Period ending   November 30, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:     n/a                    BRANCH: _____

ACCOUNT NAME: _____      ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:      TAX _____

       Ending Balance per Bank Statement                                    $ _____

       Plus Total Amount of Outstanding Deposits                       $ _____

       Minus Total Amount of Oustanding Checks and other debits $ _____*

       Minus Service Charges                                                      $ _____

       Ending Balance per Check Register                                  $ _____**(a)

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

6FZ7501.DOC

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor:  Tango Delta Financial, Inc.    Case Number:  8:20-bk-03672-CPM

Reporting Period beginning  November 1, 2020    Period ending  November 30, 2020

NAME OF BANK:   n/a    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT # _____

PURPOSE OF ACCOUNT:    TAX

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                                     _____(d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                                         _____(a)
Sales & Use Taxes Paid                                     _____(b)
Other Taxes Paid                                           _____(c)
TOTAL                                                      _____ (d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

6FZ7501.DOC

### ATTACHMENT 4D

### INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**TOTAL**                           **$**_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____

_____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)   $**_____(c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

6FZ7501.DOC

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor:   Tango Delta Financial, Inc.          Case Number:   8:20-bk-03672-CPM

Reporting Period beginning   November 1, 2020          Period ending   November 30, 2020

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                               $  0.00

6FZ7501.DOC

**ATTACHMENT 7**

## SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:   Tango Delta Financial, Inc.          Case Number:   8:20-bk-03672-CPM

Reporting Period beginning   November 1, 2020          Period ending   November 30, 2020

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| McGriff  Ins. | (941) 748-1431 | | Premises Liability | 05/18/2021 | 05/18/2020 |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |

☐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

6FZ7501.DOC

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

On June 30, 2020, the Bankruptcy Court entered an order directing the appointment of a chapter 11 trustee (Doc. No. 69).  On July  14, 2020, the United States Trustee filed a Notice of Appointment of Chapter 11 Trustee, appointing Jeffrey W. Warren as the Trustee (Doc. No. 80) and the United States Trustee's Application for Approval of Selection of Chapter 11 Trustee (Doc. No. 81).  On July 15, 2020, the Bankruptcy Court approved the appointment of Jeffrey W. Warren as the Chapter 11 Trustee (Doc. No. 83).

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before    Undetermined at this time

6FZ7501.DOC



**Wauchula State Bank**
Est. 1929

Wauchula State Bank
P O Box 248
Wauchula, FL 33873

Customer Service: 863-773-4151
BankLine 24: 800-407-6782
www.wauchulastatebank.com

```
                              PERIODIC STATEMENT
                              Date:   Nov 30, 2020
                              Period: Nov 01, 2020 to Nov 30, 2020
                                      (30 Days )
```

```
              TANGO DELTA FINANCIAL INC
              1801 N HIGHLAND AVE
              % BUSH ROSS P A
              TAMPA, FL 33602-2656
```

```
              USE IT. LOVE IT. WIN IT. SWEEPSTAKES:
        Use your Wauchula State Bank VISA Debit Card and you
              could win $500.  No purchase necessary.
              See Official Rules at www.uselovewin.com
```

```
    ACCOUNT #: DDA -  ████████6222
```

```
    Tango Delta Financial Inc
    `Debtor in Possession`Case 8:20-bk-03672
                                                  Enclosures: 0
```

Beginning Balance
as of 11/01/20                                              15,944.39
  Deposits & Other Credits                                   1,766.38
  Checks & Other Debits                                          0.00
  Average Balance                                           16,967.18
Ending Balance
as of 11/30/20                                              17,710.77

Transaction Information

| Date | Check# | Description | Amount |
|------|--------|-------------|--------|
| 11/03 | | ACH Credit ePay KEY 2 RECOVERY | |
| | | ID1271608711 | 661.98 |
| 11/20 | | ACH Credit CASH C&D TCMCHECK1 1839 | |
| | | ID2522290654 | 1,104.40 |

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/03 | 16,606.37 | 11/20 | 17,710.77 | 11/30 | 17,710.77 |

# LOST OR STOLEN DEBIT CARDS

Call **1-800-528-2273** as soon as you can to report your missing debit card.

# SUBSTITUTE CHECKS

If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us at P. O. Box 248, Wauchula, FL 33873-0248.  You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later.  Your claim must be in writing and include:

1. A description of why you think you have suffered a loss.
2. An estimate of the amount of your loss.
3. An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss.
4. A copy of the substitute check and/or the following information will help us identify the substitute check: the check number, the name of the person to whom you wrote the check, and the amount of the check.

If you use this procedure, you may receive up to $2,500.00 or your refund within 10 business days after we receive your claim and the remainder of your refund not later than 45 calendar days after we receive your claim.  We may reverse the refund if we learn the substitute check was correctly posted to your account.

The following statement regarding reporting errors about electronic transfers, does not apply to Business Accounts.

# IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS OR DIRECT DEPOSITS

Telephone us at 844-287-4225, or write to us at P. O. Box 248, Wauchula, FL 33873-0248, as soon as you can if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete the investigation.

# CHECKBOOK RECONCILIATION

## Checks Outstanding
### Not charged to account

| NO. | $ |
|-----|---|
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
| **TOTAL** | $ |

Bank Balance
Shown on
This statement    $_____

Your
Checkbook
Balance    $_____

Add +
Deposits not credited
In this statement (if any)

Add +
Interest

$_____

$_____

$_____

$_____

TOTAL    $_____

*Checks Outstanding*

$_____

Subtract –
Service Charge $_____

These balances should equal.

BALANCE    $_____

=    $_____

Member FDIC